## **EXHIBIT A**



SHELBY COUNTY
CHANCERY COURT

SEP 29 2023

TIME:ᴹᴬ AARON HALL, C & M
_____ BY:_____

IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

MEMPHIS CITY CARTAGE, LLC,                    )
                                              )
        Plaintiff,                            )
                                              )
        vs.                                   )   Case No. *CH-23-1281-1*
                                              )
MATSON LOGISTICS, INC.                        )
AC LOGISTICS, INC.                            )
                                              )
        Defendant.                            )

## COMPLAINT *ON Sworn Account /*
*Breach of Contract.*

COMES NOW, Plaintiff, Memphis City Cartage, LLC ("MCC"), by and through its

undersigned counsel, and for its Complaint against Matson Logistics, Inc. ("Matson") and AC

Logistics, Inc. ("ACL" and together with Matson, the "Defendants"), states as follows:

### PARTIES

1.      MCC is a Tennessee limited liability company with its principal place of business

located in Tennessee.

2.      Upon information and belief, Defendant Matson is a Hawaiian corporation with

its principal place of business located in Honolulu, Hawaii. Matson may be served with process

by delivering a copy of the Summons and Complaint to its registered agent, CT Corporation

System, at 900 Fort Street Mall, Suite 1680, Honolulu, Hawaii 96813.

3.      Upon information and belief, Defendant, ACL is a Pennsylvania corporation with

its principal place of business located at in Norristown, Pennsylvania. ACL can be served with

process at 43 East Marshall St, Norristown, Pennsylvania 19401.

## JURISDICTION AND VENUE

4.      This Court has personal jurisdiction over Defendant pursuant to, *inter alia*, Tennessee Code Annotated § 20-2-214.

5.      This Court has subject matter jurisdiction over this action pursuant to, *inter alia*, Tennessee Code Annotated § 16-10-101 *et seq.*

6.      Venue is appropriate in the Courts of Shelby County, Tennessee pursuant to, *inter alia*, Tennessee Code Annotated § 20-4-101 *et seq.*

## FACTS

7.      MCC is a transportation and logistics company that arranges for transportation of general freight, inter modal, and related logistics services throughout the United States.

8.      MCC provided services to Defendants between December 2020, and March 2023, in the amount of $79,903.37 as evidenced by a Sworn Account attached hereto and incorporated herein as **Exhibit A**.

9.      MCC made demand on Defendants for payment of the outstanding amount owed. Despite MCC's making demand for payment of the outstanding amount owed sent to Defendants, the Defendants refuse to make payment of the outstanding amounts owed to MCC.

10.      As of September 28, 2023, the account remains unpaid.

11.      MCC is seeking judgment against Defendants for the total outstanding balance owed to MCC in the amount of $79,903.37.

## RELIEF REQUESTED

12.      Plaintiff asserts that cause of action exists pursuant to T.C.A. §24-5-107, which states as follows:

"(a) An account on which action is brought coming from another state or another county of this state, or from the county where suit is brought, with the affidavit of the plaintiff or

RSC 4854-1616-8306
2964207-000002

its agent to its correctness, and the certificate of a state commissioner annexed thereto, or the certificate of a notary public with such notary public's official seal and annexed thereto, or the certificate of a judge of the court of the general sessions, with the certificate of the county clerk that such judge is an acting judge within the county, is conclusive against the party sought to be charged, unless that party on oath denies the account or except as allowed under subsection (b)."

13.   Plaintiff has incorporated the aforementioned Affidavit of Sworn Account as Exhibit A.

14.   Accordingly, MCC demands judgment against Defendants in the amount of $79,903.37, together with pre-judgment statutory interest, post-judgment interest at the contractual rate, and attorney fees, if applicable.

**WHEREFORE,** Memphis City Cartage, LLC prays to the Court as follows:

1.   Issue process requiring Defendants to respond to the Complaint within the time required by law;

2.   Grant a judgment in favor of Memphis City Cartage, LLC and against Matson Logistics, Inc. and AC Logistics, Inc. in the amount of $79,903.37, plus accruing pre-judgment interest, post-judgment interest, and attorneys' fees, and the costs of this action; and

3.   - Grant MCC such other and further relief, both general and specific, to which as the Court may deem appropriate.

Dated: September 28, 2023.

3

Respectfully Submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC


/s/ R. Spencer Clift, III
R. Spencer Clift, III (TN Bar # 20445)
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  901.526.2000
sclift@bakerdonelson.com

*Attorney for Memphis City Cartage, LLC*


## COST BOND

We, the undersigned, acknowledge ourselves surety for the costs associated with the filing of the foregoing document.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s/ R. Spencer Clift, III
R. Spencer Clift, III (TN Bar # 20445)

4

## EXHIBIT A

## AFFIDAVIT ON SWORN ACCOUNT

STATE OF INDIANA          )
COUNTY OF MADISON     )

Before me, the undersigned authority, on this day personally appeared Nammy Eskar, being duly sworn under oath, did hereby depose and state as follows:

1. I, Nammy Eskar, am over 18 years of age and the owner of Memphis City Cartage, LLC ("MCC" or "Claimant"). As owner of MCC, I have personal knowledge of the facts stated herein and am authorized to make this affidavit and the statements contained herein on behalf of MCC.

2. In my capacity as owner of MCC, I am familiar with the books, records, and accounts of MCC.

3. Claimant has an outstanding and unpaid claim in the amount of $79,903.37 for services provided by MMC to Defendants, Matson Logistics, Inc. and AC Logistics, Inc. upon their request, pursuant to certain invoices were that were issued accordingly. A true and correct copy of the invoices delivered to Defendants are attached hereto and incorporated herein as collective **Exhibit 1**.

4. Payments were due on a date certain, pursuant to the terms of the Invoices. Defendants have failed to pay for the services provided to it, in breach of his obligations due and owing to MCC. MCC has fully complied with the terms of the Invoices.

5. An unpaid balance of $79,903.37 remains for the services provided to Defendants. Such amount is justly due and unpaid, and all proper payments, credits, and offsets have been applied.

Further this Affiant sayeth not.

MEMPHIS CITY CARTAGE, LLC

By: Nammy Eskar, Owner

SWORN TO AND SUBSCRIBED before me this 25th day of September 2023.

_____
Notary Public

My Commission Expires: _____

India Evonne Turner
Notary Public Seal State of Indiana
Marion County
Commission Number NP0747627
My Commission Expires 3/19/2031

5

Exhibit 1 Summary of Invoices

| | Type | Date | Num | P. O. # | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|
| MATSON LOGISTICS | | | | | | | |
| | Invoice | 12/7/2020 | 182772 | 4500238941 | 1/6/2021 | 965 | $640.75 |
| | Invoice | 12/9/2020 | 182939 | 4500243042/ 353588 | 1/8/2021 | 963 | $580.75 |
| | Invoice | 12/16/2020 | 184071 | 3552041 | 1/15/2021 | 956 | $100.00 |
| | Invoice | 1/5/2021 | 184996 | 3564763 | 2/4/2021 | 936 | $190.00 |
| | Invoice | 1/22/2021 | 185930 | 3576213 | 2/21/2021 | 919 | $264.50 |
| | Invoice | 1/22/2021 | 185814 | 3572996 | 2/21/2021 | 919 | $490.00 |
| | Invoice | 1/22/2021 | 185463 | 3566908 | 2/21/2021 | 919 | $245.00 |
| | Invoice | 2/17/2021 | 185969 | 3580398 | 3/19/2021 | 893 | $325.88 |
| | Invoice | 2/18/2021 | 184372 | | 3/20/2021 | 892 | $643.50 |
| | Invoice | 2/23/2021 | 187026 | 3600628 | 3/25/2021 | 887 | $654.50 |
| | Invoice | 2/23/2021 | 187596 | | 3/25/2021 | 887 | $651.75 |
| | Invoice | 3/4/2021 | 187303 | 3589567 | 4/3/2021 | 878 | $360.00 |
| | Invoice | 3/16/2021 | 187301 | 3600637 | 4/15/2021 | 866 | $115.50 |
| | Invoice | 3/17/2021 | 188084 | 3611899 | 4/16/2021 | 865 | $170.00 |
| | Invoice | 3/17/2021 | 188725 | 3617832 | 4/16/2021 | 865 | $550.00 |
| | Invoice | 3/26/2021 | 188091 | 3608282 | 4/25/2021 | 856 | $327.50 |
| | Invoice | 3/26/2021 | 188177 | 3611888 | 4/25/2021 | 856 | $150.00 |
| | Invoice | 3/26/2021 | 188828 | | 4/25/2021 | 856 | $170.00 |
| | Invoice | 3/29/2021 | 189333 | 3630263 | 4/28/2021 | 853 | $85.00 |
| | Invoice | 3/31/2021 | 189431 | 3630294 | 4/30/2021 | 851 | $85.00 |
| | Invoice | 3/31/2021 | 189402 | 3630285 | 4/30/2021 | 851 | $85.00 |
| | Invoice | 4/5/2021 | 189564 | 3624591 | 5/5/2021 | 846 | $260.00 |
| | Invoice | 4/6/2021 | 189596 | 3635521 | 5/6/2021 | 845 | $85.00 |
| | Invoice | 4/8/2021 | 189810 | 3635528 | 5/8/2021 | 843 | $85.00 |
| | Invoice | 4/8/2021 | 189811 | 3635524 | 5/8/2021 | 843 | $275.00 |
| | Invoice | 4/9/2021 | 189841 | 3635530 | 5/9/2021 | 842 | $85.00 |
| | Invoice | 4/12/2021 | 189965 | 3642154 | 5/12/2021 | 839 | $85.00 |
| | Invoice | 4/13/2021 | 190202 | 3642446 | 5/13/2021 | 838 | $85.00 |
| | Invoice | 4/16/2021 | 190222 | 3642127 | 5/16/2021 | 835 | $769.75 |
| | Invoice | 4/23/2021 | 190607 | 3647582 | 5/23/2021 | 828 | $85.00 |
| | Invoice | 4/23/2021 | 190622 | 3647608 | 5/23/2021 | 828 | $320.00 |
| | Invoice | 4/23/2021 | 190625 | 3647593 | 5/23/2021 | 828 | $565.00 |
| | Invoice | 4/26/2021 | 190726 | | 5/26/2021 | 825 | $260.00 |
| | Invoice | 4/27/2021 | 190759 | 3653444 | 5/27/2021 | 824 | $684.75 |
| | Invoice | 4/29/2021 | 189053 | 3624483 | 5/29/2021 | 822 | $85.00 |
| | Invoice | 5/31/2021 | FC 78 | | 5/31/2021 | 820 | $1,318.29 |
| | Invoice | 5/14/2021 | 189407 | 3661102 | 6/13/2021 | 807 | $684.75 |
| | Invoice | 5/14/2021 | 190955 | | 6/13/2021 | 807 | $499.25 |
| | Invoice | 5/17/2021 | 191423 | | 6/16/2021 | 804 | $295.00 |
| | Invoice | 5/17/2021 | 191565 | 3664695 | 6/16/2021 | 804 | $85.00 |
| | Invoice | 5/27/2021 | 191862 | 3670492 | 6/26/2021 | 794 | $687.50 |
| | Invoice | 5/29/2021 | 192432 | 3681343 | 6/28/2021 | 792 | $420.00 |
| | Invoice | 6/8/2021 | 192708 | 3687257 | 7/8/2021 | 782 | $225.00 |
| | Invoice | 6/29/2021 | 193451 | 3693000 | 7/29/2021 | 761 | $695.75 |
| | Invoice | 6/30/2021 | 194501 | 3653457 | 7/30/2021 | 760 | $120.00 |
| | Invoice | 7/6/2021 | 193727 | 3701729 | 8/5/2021 | 754 | $436.00 |
| | Invoice | 7/6/2021 | 193741 | 3699205 | 8/5/2021 | 754 | $225.00 |
| | Invoice | 7/8/2021 | 192403 | | 8/7/2021 | 752 | $693.00 |
| | Invoice | 7/8/2021 | 193725 | 3697056 | 8/7/2021 | 752 | $595.00 |
| | Invoice | 7/8/2021 | 194481 | 3712067 | 8/7/2021 | 752 | $80.00 |
| | Invoice | 7/9/2021 | 194484 | 3712063 | 8/8/2021 | 751 | $85.00 |
| | Invoice | 7/13/2021 | 194797 | 3718455 | 8/12/2021 | 747 | $80.00 |
| | Invoice | 7/16/2021 | 194636 | 3711067 | 8/15/2021 | 744 | $190.00 |
| | Invoice | 7/22/2021 | 194815 | 3715601 | 8/21/2021 | 738 | $100.00 |
| | Invoice | 7/26/2021 | 195420 | 3723752 | 8/25/2021 | 734 | $85.00 |
| | Invoice | 7/28/2021 | 195419 | TSXZ458949 | 8/27/2021 | 732 | $100.00 |

Exhibit 1 Summary of Invoices

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice | 7/30/2021 | 195528 | 3730008 | 8/29/2021 | 730 | $85.00 |
| Invoice | 8/6/2021 | 195712 | 3736455 | 9/5/2021 | 723 | $100.00 |
| Invoice | 8/16/2021 | 195925 | 3741052 | 9/15/2021 | 713 | $85.00 |
| Invoice | 8/19/2021 | 195870 | 3739189 | 9/18/2021 | 710 | $225.00 |
| Invoice | 8/19/2021 | 195954 | 3741500 | 9/18/2021 | 710 | $80.00 |
| Invoice | 8/19/2021 | 196006 | 3743748 | 9/18/2021 | 710 | $225.00 |
| Invoice | 8/19/2021 | 195950 | 3748357 | 9/18/2021 | 710 | $150.00 |
| Invoice | 8/19/2021 | 195952 | 3741051 | 9/18/2021 | 710 | $85.00 |
| Invoice | 8/19/2021 | 196144 | 3748351 | 9/18/2021 | 710 | $150.00 |
| Invoice | 8/19/2021 | 196145 | 3748354 | 9/18/2021 | 710 | $150.00 |
| Invoice | 8/19/2021 | 196157 | 3748355 | 9/18/2021 | 710 | $150.00 |
| Invoice | 8/19/2021 | 195949 | 3748346 | 9/18/2021 | 710 | $235.00 |
| Invoice | 8/19/2021 | 196204 | 3749039 | 9/18/2021 | 710 | $70.00 |
| Invoice | 8/26/2021 | 195985 | 3748358 | 9/25/2021 | 703 | $150.00 |
| Invoice | 8/26/2021 | 195812 | 3712068 | 9/25/2021 | 703 | $848.50 |
| Invoice | 8/26/2021 | 196156 | UNK2-196156 | 9/25/2021 | 703 | $388.13 |
| Invoice | 8/26/2021 | 196207 | 3754790 | 9/25/2021 | 703 | $17.53 |
| Invoice | 8/27/2021 | 195693 | 221070166 | 9/26/2021 | 702 | $400.00 |
| Invoice | 8/27/2021 | 196498 | 3755128 | 9/26/2021 | 702 | $730.25 |
| Invoice | 8/31/2021 | 196484 | 3754399 | 9/30/2021 | 698 | $280.00 |
| Invoice | 9/7/2021 | 196664 | 3761024 | 10/7/2021 | 691 | $85.00 |
| Invoice | 9/7/2021 | 196898 | 3768838 | 10/7/2021 | 691 | $80.00 |
| Invoice | 9/14/2021 | 195808 | 3754788 | 10/14/2021 | 684 | $90.00 |
| Invoice | 9/14/2021 | 195803 | 3741059 | 10/14/2021 | 684 | $270.00 |
| Invoice | 9/17/2021 | 196336 | | 10/17/2021 | 681 | $85.00 |
| Invoice | 9/20/2021 | 197233 | 3768025 | 10/20/2021 | 678 | $275.00 |
| Invoice | 9/21/2021 | 196780 | 3763747 | 10/21/2021 | 677 | $1,307.25 |
| Invoice | 9/30/2021 | 197999 | 3780703 | 10/30/2021 | 668 | $346.50 |
| Invoice | 9/30/2021 | 197000 | 3769640 | 10/30/2021 | 668 | $317.50 |
| Invoice | 9/30/2021 | 198058 | 3780684 | 10/30/2021 | 668 | $698.50 |
| Invoice | 9/30/2021 | 198323 | 3795824 | 10/30/2021 | 668 | $431.50 |
| Invoice | 9/30/2021 | 197251 | | 10/30/2021 | 668 | $698.50 |
| Invoice | 9/30/2021 | 198000 | 3780695 | 10/30/2021 | 668 | $148.50 |
| Invoice | 9/30/2021 | 197798 | 3780652 | 10/30/2021 | 668 | $698.50 |
| Invoice | 9/30/2021 | 196674 | 3768045 | 10/30/2021 | 668 | $148.50 |
| Invoice | 10/8/2021 | 196316 | 3749748 | 11/7/2021 | 660 | $120.00 |
| Invoice | 10/15/2021 | 197001 | 3769636 | 11/14/2021 | 653 | $190.00 |
| Invoice | 10/15/2021 | 196920 | | 11/14/2021 | 653 | $435.00 |
| Invoice | 10/15/2021 | 196904 | | 11/14/2021 | 653 | $278.64 |
| Invoice | 10/18/2021 | 197995 | 3780690 | 11/17/2021 | 650 | $71.50 |
| Invoice | 10/18/2021 | 197449 | 3774499 | 11/17/2021 | 650 | $150.00 |
| Invoice | 11/1/2021 | 198873 | 3803036 | 12/1/2021 | 636 | $698.50 |
| Invoice | 11/1/2021 | 198779 | 3802999 | 12/1/2021 | 636 | $698.50 |
| Invoice | 11/1/2021 | 198691 | 3796574 | 12/1/2021 | 636 | $25.00 |
| Invoice | 11/4/2021 | 196781 | 3762528 | 12/4/2021 | 633 | $715.00 |
| Invoice | 11/4/2021 | 199108 | 3810119 | 12/4/2021 | 633 | $190.00 |
| Invoice | 11/4/2021 | 198488 | 3790219 | 12/4/2021 | 633 | $225.00 |
| Invoice | 11/4/2021 | 198332 | | 12/4/2021 | 633 | $190.00 |
| Invoice | 11/4/2021 | 198286 | 3790218 | 12/4/2021 | 633 | $780.00 |
| Invoice | 11/4/2021 | 199207 | 3815021 | 12/4/2021 | 633 | $215.00 |
| Invoice | 11/4/2021 | 199019 | 3803004 | 12/4/2021 | 633 | $720.50 |
| Invoice | 11/4/2021 | 199398 | 3817652 | 12/4/2021 | 633 | $328.75 |
| Invoice | 11/4/2021 | 199580 | 3825453 | 12/4/2021 | 633 | $25.00 |
| Invoice | 11/4/2021 | 199455 | 3823729 | 12/4/2021 | 633 | $190.00 |
| Invoice | 11/10/2021 | 199224 | 3804292 | 12/10/2021 | 627 | $325.00 |
| Invoice | 11/10/2021 | 199061 | 3804294 | 12/10/2021 | 627 | $330.00 |
| Invoice | 11/10/2021 | 199400 | 3823742 | 12/10/2021 | 627 | $324.78 |
| Invoice | 11/10/2021 | 199703 | 3828305 | 12/10/2021 | 627 | $25.00 |

Exhibit 1 Summary of Invoices

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Invoice | 11/10/2021 | 199550 | 3825172 | 12/10/2021 | 627 | $363.00 |
| | Invoice | 11/10/2021 | 199750 | 3830936 | 12/10/2021 | 627 | $1,082.40 |
| | Invoice | 11/10/2021 | 199544 | | 12/10/2021 | 627 | $723.25 |
| | Invoice | 11/10/2021 | 199574 | 3823757 | 12/10/2021 | 627 | $330.00 |
| | Invoice | 11/10/2021 | 199572 | 3823726 | 12/10/2021 | 627 | $330.00 |
| | Invoice | 11/10/2021 | 199747 | 3824756 | 12/10/2021 | 627 | $260.00 |
| | Invoice | 11/11/2021 | 199547 | 3823728 | 12/11/2021 | 626 | $296.03 |
| | Invoice | 11/17/2021 | 199988 | 3834683 | 12/17/2021 | 620 | $25.00 |
| | Invoice | 11/17/2021 | 200044 | 3836583 | 12/17/2021 | 620 | $25.00 |
| | Invoice | 11/19/2021 | 200106 | 3836237 | 12/19/2021 | 618 | $370.00 |
| | Invoice | 11/19/2021 | 200101 | | 12/19/2021 | 618 | $370.00 |
| | Invoice | 11/26/2021 | 200083 | 3838932 | 12/26/2021 | 611 | $98.50 |
| | Invoice | 11/26/2021 | 200196 | 3841545 | 12/26/2021 | 611 | $363.00 |
| | Invoice | 11/30/2021 | 200192 | 3830500 | 12/30/2021 | 607 | $1,049.40 |
| | Invoice | 12/1/2021 | 200289 | 3845060 | 12/31/2021 | 606 | $363.00 |
| | Invoice | 12/7/2021 | 200650 | 3853179 | 1/6/2022 | 600 | $98.50 |
| | Invoice | 12/8/2021 | 200613 | 3853486 | 1/7/2022 | 599 | $100.00 |
| | Invoice | 12/9/2021 | 200726 | 3699196 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200730 | 3699211 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200735 | 3699223 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200736 | 3699202 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200732 | 3699207 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200731 | 3699206 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200737 | 3699220 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/9/2021 | 200733 | 3699230 | 1/8/2022 | 598 | $150.00 |
| | Invoice | 12/13/2021 | 200606 | | 1/12/2022 | 594 | $363.00 |
| | invoice | 12/21/2021 | 200970 | 3865589 | 1/20/2022 | 586 | $439.35 |
| | Invoice | 12/21/2021 | 200969 | 3865573 | 1/20/2022 | 586 | $320.95 |
| | Invoice | 12/21/2021 | 200712 | 3855818 | 1/20/2022 | 586 | $260.00 |
| | Invoice | 12/22/2021 | 200791 | 3862531 | 1/21/2022 | 585 | $190.00 |
| | Invoice | 12/30/2021 | 201164 | 3870463 | 1/29/2022 | 577 | $717.75 |
| | Invoice | 1/12/2022 | 201031 | 3867223 | 2/11/2022 | 564 | $500.00 |
| | Invoice | 1/12/2022 | 201080 | 3867226 | 2/11/2022 | 564 | $1,314.00 |
| | Invoice | 1/12/2022 | 201281 | 3874945 | 2/11/2022 | 564 | $1,037.48 |
| | Invoice | 1/20/2022 | 202414 | 3885853 | 2/19/2022 | 556 | $762.96 |
| | Invoice | 1/24/2022 | 202417 | 3882115 | 2/23/2022 | 552 | $70.00 |
| | Invoice | 1/24/2022 | 202493 | 3885899 | 2/23/2022 | 552 | $75.50 |
| | Invoice | 1/24/2022 | 202055 | 3885889 | 2/23/2022 | 552 | $70.00 |
| | Invoice | 1/24/2022 | 202413 | 3885893 | 2/23/2022 | 552 | $70.00 |
| | Invoice | 1/24/2022 | 202056 | 3892137 | 2/23/2022 | 552 | $70.00 |
| | Invoice | 1/25/2022 | 202084 | 4500303591 | 2/24/2022 | 551 | $720.50 |
| | Invoice | 1/25/2022 | 202358 | 3885897 | 2/24/2022 | 551 | $70.00 |
| | Invoice | 1/25/2022 | 202412 | 3885902 | 2/24/2022 | 551 | $70.00 |
| | Invoice | 1/25/2022 | 201554 | 3877548 | 2/24/2022 | 551 | $717.75 |
| | Invoice | 1/31/2022 | 201165 | 3870450 | 3/2/2022 | 545 | $717.75 |
| | Invoice | 3/8/2022 | 203273 | 3890415 | 4/7/2022 | 509 | $200.00 |
| | Invoice | 3/31/2022 | 201553 | | 4/30/2022 | 486 | $717.75 |
| | Invoice | 3/21/2023 | FC 178 | | 3/21/2023 | 161 | $27,132.05 |
| | | | | | | | |
| TOTAL | | | | | | | $79,903.37 |
| | | | | | | | |

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
P O BOX 630963
CINCINNATI, OH 45263-0963

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE
184071
12/16/20

Bill To
MATSON LOGISTICS
ATTN ACCOUNTS PAYABLE

Terms NET 30

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | | MARION, AR | |
| DROP | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| HOOK | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| DROP | UP (UNION PACIFIC) | | MARION, AR | |

FREIGHT CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | 1 | 0 | FLAT | |

ACCESSORIAL CHARGES

| Description | | Qty | Rate / Type | Amount |
|---|---|---|---|---|
| FUEL SURCHARGE | | 1 | FLAT | |
| | | 1 | FLAT | |

CHASSIS RENTAL FEES

Pickup Date: 12/16/20 Total Pieces: 1
Delivery Date: 12/16/20

Thank You for your Business!
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
P O BOX 630963
CINCINNATI, OH 45263-0963

Freight
+ Accessorials
Invoice Total:

UNION PACIFIC
BUILDING AMERICA®

184071

CertainTeed
BILL OF LADING
Ship Date 12/16/2020

Shipper per SP date 12/16/20

18

CertainTeed
BILL OF LADING
Ship Date 12/18/2020

Shipper per SP date 12/16/20

184071
Guy L. Hayes

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE
184372
2/18/21

Bill To
MATSON LOGISTICS
ATTN ACCOUNTS PAYABLE

Terms NET 30

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | XPO LOGISTICS | | OLIVE BRANCH, MS | |
| DROP | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| HOOK | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| DROP | | | MEMPHIS, TN | |

FREIGHT CHARGES

ACCESSORIAL CHARGES

FUEL SURCHARGE

CHASSIS RENTAL FEES

Thank You for your Business!
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

Freight
+ Accessorials
Invoice Total:

CertainTeed
BILL OF LADING
Ship Date 12/22/2020

Shipper per SP date 12/22/20

184372

XPO Logistics

XPO Logistics
T.I.R. 3785699

184372

CONTAINER & CARGO WEIGHT

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE
184606
1/4/21

Bill To
MATSON LOGISTICS
ATTN ACCOUNTS PAYABLE

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | | MARION, AR | |
| DROP | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| HOOK | RP LITTLE ROCK | 17TH STREET | LITTLE ROCK, AR | |
| DROP | UP (UNION PACIFIC) | | MARION, AR | |

FREIGHT CHARGES

ACCESSORIAL CHARGES

FUEL SURCHARGE

CHASSIS RENTAL FEES
YARD PULL
STORAGE

Thank You for your Business!
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

Freight
+ Accessorials
Invoice Total:

CertainTeed
BILL OF LADING
Ship Date 01/04/2021

TMP # 184996

Shipper per SP date 1/4/21

CertainTeed
BILL OF LADING
Ship Date 01/04/2021

TMP # 184996

Shipper per SP date 1/4/21

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

CONTAINER#
TMP#
184996
ORIGIN:
CONSIGNEE:
UP
SEAL#
INTACT: Y / N
ARRIVAL TIME:
APPOINTMENT TIME:
1HR FREE TIME ENDS:
NOTIFY DISPATCH
COMPLETED TIME:
Received in good condition except as noted
Date:
Received by:

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE
185463

Bill To
MATSON LOGISTICS
ATTN ACCOUNTS PAYABLE

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | XPO LOGISTICS | | OLIVE BRANCH, MS | |
| PICKUP | 3M CORP | | LITTLE ROCK, AR | |
| DROP | XPO LOGISTICS | | OLIVE BRANCH, MS | |

FREIGHT CHARGES

ACCESSORIAL CHARGES

FUEL SURCHARGE

CHASSIS RENTAL FEES
YARD PULL
STORAGE

Thank You for your Business!
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

Freight
+ Accessorials
Invoice Total:

3M

185463

3M

185463

XPO Logistics
T.I.R. 3780557
CONTAINER & CARGO WEIGHT
Trip# 185463

XPO Logistics
T.I.R. 3781558
CONTAINER & CARGO WEIGHT
185463

XPO Logistics
T.I.R. 3781618
CONTAINER & CARGO WEIGHT
185463

Matson
185463

Matson
185463

Matson

MEMPHIS CITY CARTAGE
INVOICE

TMP 185514
3M

3M
PACKING LIST
185514

3M
185514
CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR 97210-3631

3M
PACKING LIST
185514

MEMPHIS CITY CARTAGE
INVOICE

MEMPHIS CITY CARTAGE
INVOICE

CertainTeed
BILL OF LADING
TMP 185969
Not Available

185969
Intermodal Equipment Events
Driver Search
Not Available

**Matson Logistics** — ORIGIN DISPATCH

185969

Page 1 of 2

CONTINUED ON NEXT PAGE

**Matson Logistics** — ORIGIN DISPATCH

Page 2 of 2

**MEMPHIS CITY CARTAGE** — INVOICE

**CertainTeed** — BILL OF LADING — Ship Date 02/23/2021

TMP-FF 187026

**Matson Logistics** — ORIGIN DISPATCH

187026

Page 1 of 2

CONTINUED ON NEXT PAGE

**MEMPHIS CITY CARTAGE** — INVOICE

**CertainTeed** — BILL OF LADING — Ship Date 02/24/2021

187301

**Matson Logistics** — ORIGIN DISPATCH

187301

Page 1 of 2

CONTINUED ON NEXT PAGE

**Matson Logistics** — ORIGIN DISPATCH

187301

Page 1 of 2

CONTINUED ON NEXT PAGE

**MEMPHIS CITY CARTAGE** — INVOICE

A-B Recycling

Class 3 Aluminum Scrap Pallets 30 Gross 42,703 lbs

Tare 1,030 lbs

Net 41,674 lbs

SRA # 22102 0114

SO # 205813

IRS # 10-0104054

Seal # 1634205/1634218

Made In Canada

M 298814

CLASS 3 SCRAP CALCULATION

187303

| | | | |
|---|---|---|---|
| 1 | [illegible] | 13 | [illegible] |
| 2 | [illegible] | 8 | 1252 |
| 3 | 821 | 14 | 1231 |
| 4 | [illegible] | 22 | 3431 |
| 5 | 471 | 17 | 3402 |
| 6 | 472 | 12 | 3433 |
| 7 | 474 | 18 | 3404 |
| 8 | 300 | 24 | 3438 |
| 9 | 491 | 18 | 3436 |
| 10 | 443 | 18 | 3407 |
| 11 | 833 | 21 | 1233 |
| 12 | 766 | 6 | 1217 |
| 13 | 840 | 12 | 1268 |
| 14 | 835 | 16 | 1219 |
| 15 | 826 | 20 | 1270 |
| 16 | 800 | 16 | 1271 |
| 17 | 786 | 16 | 1272 |
| 18 | 483 | 11 | 1264 |
| 19 | 484 | 11 | 1265 |
| 20 | 484 | 23 | 1236 |
| 21 | 454 | 12 | 1237 |
| 22 | 496 | 17 | 1268 |
| 23 | 485 | 10 | 1269 |
| 24 | 486 | 20 | 1260 |
| 25 | 487 | 17 | 1261 |
| 26 | 833 | 16 | 1273 |
| 27 | 912 | 12 | 1274 |
| 28 | 907 | 19 | 1275 |
| 29 | 487 | 30 | 1263 |
| 30 | 486 | 18 | 1264 |
| 31 | | | |
| 32 | | | |

| | KG'S | LBS | $ VALUE |
|---|---|---|---|
| GROSS | 19370 | 42763 | $8,770 |
| TARE | 487 | 1830 | $32,088.83 |
| NET | 18903 | 41874 | |

**FedEx.** — INVOICE / FACTURE

187303

Castellion Alabama

1009 Ford Road

Muscle Shoals, AL 35561

A-B Recycling

187303

Class 3 Aluminum Scrap Pallets 30 Gross 42,703 lbs

Tare 1,030 lbs

Net 41,674 lbs

SRA # 22102 0114

SO # 205813

IRS # 10-0104054

Seal # 1634205/1634218

30 Pallets of Class 3 Scrap

Made In Canada

41,674

M 298814

**Anheuser-Busch Recycling Corporation**

Schedule a Shipment

187303

**MEMPHIS CITY CARTAGE**

DELIVERY RECEIPT — 187303

| CONTAINER # | [illegible] |
|---|---|
| REF # | [illegible] |
| CUSTOMER # | 221020114 |

Seal # 1634218, 1634205

SHIPPER CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS, 1009 FORD ROAD, MUSCLE SHOALS, AL

| NO PCS | WEIGHT | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | 10 | 3/3/2021 | 11:43 Central Time | 13:15 Central Time |

| | |
|---|---|
| DATE 3/3/2021 | RECEIVED BY |
| DRIVER JEREMY HINSON TRUCK RMF1825 | PRINT NAME Tia Ware |

TMP187303

CN

TMP 187303

CN

MILL

Emhu 233152

2210201114

Calgary

42020

1010

41700

187303

Matson

187303

Matson

187303

MEMPHIS CITY CARTAGE

CertainTeed

BILL OF LADING

Ship Date 02/23/2021

TMP

187596

Matson

187596

Matson

137596

MEMPHIS CITY CARTAGE

CertainTeed

BILL OF LADING

CertainTeed

BILL OF LADING

Ship Date 03/08/2021

TMP-188084

3/8/21

TMP_188084

UNION PACIFIC

BUILDING AMERICA

UNION PACIFIC - MARICO (XGO77)

In-Gate

Tractor: L2599RY

MEMPHIS CITY CARTAGE

UNION PACIFIC

BUILDING AMERICA

188091

CertainTeed BILL OF LADING

Tmp 189828

S.P. 3/18/21 R. Jackson 3-18-21

CertainTeed BILL OF LADING Ship Date 03/18/2021

Tmp 189828

S.P. 3/18/21 R. Jackson 3-18-2021

Matson

188828

LOWE'S SOLUTIONS CBA VERO BUSINESS CAPITAL
P O BOX 630063
CINCINNATI, OH 45263-0063

MEMPHIS CITY CARTAGE

INVOICE

Bill To

MATSON LOGISTICS

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | 4UHH ROAD | MARION AR | 72364 |
| DROP | RP LITTLE ROCK | 2006 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| HOOK | RP LITTLE ROCK | 2006 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| DROP | UP (UNION PACIFIC) | 4UHH ROAD | MARION AR | 72364 |

FREIGHT CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | 1 | 0 | $330.00 FLAT | $330.00 |

ACCESSORIAL CHARGES

| Description | Qty | Rate / Type | Amount |
|---|---|---|---|
| FUEL SURCHARGE ( 23.6% OF $330.00 ) | 1 | 137.50 FLAT | $137.50 |
| CHASSIS SPLIT - BAD CHASSIS | 1 | 55.00 UNIT | $55.00 |

CertainTeed BILL OF LADING Ship Date 03/24/2021

Tmp 189053

S.P. 3-24-21 R. Jackson 3-25-21

UNION PACIFIC BUILDING AMERICA®

UNION PACIFIC - MARION (E0077)

Out-Gate

Tmp 189053

Date: 03/24/2021

Lane: Outgate 7

Carrier: MCCI

Driver: RICHARD JACKSON

Driver ID: *****2474/AR

Seal:

Booking:

Weight: 8000 L

Haz/Dang:

Placard:

IEP: 1521807

** TO ALL TRUCK DRIVERS **

YARD SPEED LIMIT IS 20MPH

THIS TERMINAL IS EQUIPPED WITH AN AUTOMATED GATE SYSTEM. DAMAGE IS NOT

Matson

189053

Matson

189053

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

Thank You for your Business!

REMIT TO ADDRESS:

LOWE'S SOLUTIONS CBA VERO BUSINESS CAPITAL

P O BOX 630063

CINCINNATI, OH 45263-0063

CertainTeed BILL OF LADING Ship Date 03/26/2021

TMP## 189333

S.P. 3/26/21

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

Gary L. Hayes

| | |
|---|---|
| CONTAINER# | SMCU119704S - TSXZ458669 |
| TMP# | 189333 |
| ORIGIN: | U.P. |
| CONSIGNEE: | R.P. Little Rock |
| SEAL# | Empty — INTACT: Y / N |
| ARRIVAL TIME: | |
| APPOINTMENT TIME: | |
| 1HR FREE TIME ENDS: | NOTIFY DISPATCH |
| COMPLETED TIME: | |

Received in good condition except as noted Date: 3-26-21

Received by:

UNION PACIFIC BUILDING AMERICA®

UNION PACIFIC - MARION (E0077)

Out-Gate

SMCU 119704 EMPTY

TSXZ 458669

Date: 03/26/2021 10:40

Lane: Outgate 1

Visit: 0852116963

Carrier: MCCI Tractor:

Driver: GARY HAYES

Driver ID: *****1721/AR

Seal:

Booking:

Weight: 8000 L

Haz/Dang:

Placard:

IEP: 1521807

** TO ALL TRUCK DRIVERS **

Matson

189333

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

ORION DISPATCH

Page 2 of 2

189333

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

CertainTeed

BILL OF LADING

Ship Date 03/30/2021

189402

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

CONTAINER#

189402

ORIGIN: Union Pacific

CONSIGNEE:

SEAL#

INTACT: Y / N

ARRIVAL TIME:

APPOINTMENT TIME:

1HR FREE TIME ENDS:

COMPLETED TIME:

Received in good condition except as noted

Received by:

NOTIFY DISPATCH

UNION PACIFIC

BUILDING AMERICA®

UNION PACIFIC - MARION (CS077)

In-Gate

BOBTAIL

Date: 03/29/2021 05:06

Lane: Ingate 3

Visit: 0002118082

Carrier: MCCI Tractor: [illegible]

Driver: GARY MAYES

Driver ID: *****1721/AR

PLANNED PICKUP

UNIT: CAIU 878081 LOAD

CHASSIS: DCMZ 698015

Seal:

Control.

Matson

189402

ORION DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

INVOICE

Matson

ORION DISPATCH

Page 1 of 2

189407

CONTINUED ON NEXT PAGE

Matson

ORION DISPATCH

Page 2 of 2

189407

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

CertainTeed

BILL OF LADING

Ship Date 03/30/2021

189431

MEMPHIS CITY CARTAGE — DELIVERY RECEIPT & DETENTION RECORD

CONTAINER#: SMCU 113 1321-6

TMP#: 189431

ORIGIN: RP 3 Little Rock

CONSIGNEE: UP

SEALS: 5036153

ARRIVAL TIME:

APPOINTMENT TIME:

1HR FREE TIME ENDS:

COMPLETED TIME:

Received in good condition except as noted

Received by:

UNION PACIFIC — BUILDING AMERICA

189431

UNION PACIFIC — BUILDING AMERICA

Out-Gate

SMCU 113172 DOTY 189431

Date: 03/30/2021

TO ALL TRUCK DRIVERS

Matson

189431

189564

Logan Aluminum U.S.

Highway 431 North

Russellville KY 42276

Logan Aluminum

Class 1 Aluminum Scrap Pallets 24

Gross 41,603 LBS

Tare 776 LBS

Net 40,827 LBS

Reps: P.O 25-TL6926

IRS # 10-0164654

Seal # 1631646/1631647

Made In Canada

40,827 LBS

USD $41,843.54

M 298637

FedEx

189564

189564

Class 1 Scrap Calculation

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

SHIPPER CN (CANADIAN NATIONAL)

CONSIGNEE LOGAN ALUMINUM US

4/1/2021

ANTHONY EASON

CN

189564

Matson

189564

Matson

189564

MEMPHIS CITY CARTAGE — INVOICE

CertainTeed — BILL OF LADING — Ship Date 04/05/2021

189590

CertainTeed — BILL OF LADING — Ship Date 04/05/2021

189590

CertainTeed — BILL OF LADING — Ship Date 04/05/2021

189590

Matson — ORIGIN DISPATCH — Page 1 of 2 — 134596

Matson — ORIGIN DISPATCH — Page 2 of 2

MEMPHIS CITY CARTAGE — INVOICE 130816 4/8/21

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — 8:37 — Roc4 443437 — 4-7-21 — TSXU458 989 — 189810

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — 4-7-21 — 4-8-21 — 189810

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — 4-7-21 — 4-8-21 — 189810

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — 4-7-21 — 4-8-21 — 189810

UNION PACIFIC - MARION (XG077)

In-Gate
CCLU 671658 LOAD
TSXU 458989

Date: 04/08/2021 11:47
Lane: Ingate 3
Visit: 0982133742
Carrier: MCCI
Driver: GARY HAYES
Driver ID: *****1721/AR

Shipper: MATSONLOGIST
Seal: 5036238
Control:
Weight: 50000
Haz/Dang:
Placard:

Park At:
Lot: GREEN C 1693

189810

UNION PACIFIC — BUILDING AMERICA

UNION PACIFIC - MARION (XG077)

Out-Gate
CCLU 671658 EMPTY
TSXU 458989

Date: 04/06/2021 13:07
Lane: Outgate 2
Visit: 0962130130
Carrier: MCCI Tractor: H0863HE
Driver: ERIC HAWKINS
Driver ID: *****2746/MS

Seal:
Booking: KMAO001496
Weight: 8000 L
Haz/Dang:
Placard:
EP: 1521807

189810

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

THIS TERMINAL IS EQUIPPED WITH AN AUTOMATED GATE SYSTEM. DAMAGE IS NOT REPORTED ON INGATE OR OUTGATE RECEIPTS. DAMAGE IS CAPTURED ON RECORDED IMAGES.

Matson — ORIGIN DISPATCH — Page 1 of 2 — 189810

Matson — ORIGIN DISPATCH — Page 2 of 2 — 189810

MEMPHIS CITY CARTAGE — INVOICE 4/8/21

TMP# 189811

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — TMP# 189811 — 4-7-21

CertainTeed — BILL OF LADING — Ship Date 04/07/2021 — TMP# 189811 — 4-7-21

UNION PACIFIC — BUILDING AMERICA — TMP# 189811

190202

Matson

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

CertainTeed

BILL OF LADING

Ship Date 04/20/2021

190667

4/20/21

4-22-21

CertainTeed

BILL OF LADING

Ship Date 04/20/2021

190667

4/20/21

4-22-21

Matson

ORIGIN DISPATCH

Page 1 of 2

190607

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

190607

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

CertainTeed

BILL OF LADING

Ship Date 04/21/2021

190622

4/21/21

4/23/21

CertainTeed

BILL OF LADING

Ship Date 04/21/2021

190622

4/21/21

4/23/21

Tmp : 190622

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

Eric Hawkins 4/21/21

| | | | |
|---|---|---|---|
| Office use Only | CONTAINER# | BMOU 6332277-1 | |
| | TMP# | 190 621 | |
| | ORIGIN: | RP Little Rock | |
| | CONSIGNEE: | UP | |
| | SEAL# | 503 6429 | INTACT: (Y) N |
| | ARRIVAL TIME: | | |
| | APPOINTMENT TIME: | | |
| | 1HR FREE TIME ENDS: | | ! NOTIFY DISPATCH ! |
| | COMPLETED TIME: | | |
| | Received in good condition except as noted | | Date: |
| | Received by: | | |

Matson

190622

Matson

190622

MEMPHIS CITY CARTAGE

CertainTeed BILL OF LADING

Tmp. 190625

CertainTeed BILL OF LADING Ship Date 04/21/2021

Tmp. 190625

SP 4/21/21 R. Jackson 4/23-21

CertainTeed BILL OF LADING Ship Date 04/21/2021

Tmp. 190625

SP 4/21/21 R. Jackson 4/23-21

UNION PACIFIC BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

Out-Gate
TLLU 581983 EMPTY
DCLS 413472

Date: 04/21/2021 12:09
Lane: Outgate 1
Visit: 1112151759
Carrier: MCCT Tractor: K809698
Driver: GARY HAYES
Driver ID: *****1721/AR

Seal:
Booking: XM40003485
Weight: 8000 L
Haz/Dang:
Placard:
IEP: 1909823

Pt Pay

190625

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

THIS TERMINAL IS EQUIPPED WITH AN AUTOMATED GATE SYSTEM. DAMAGE IS NOT REPORTED OR ...

Matson

190625

Matson

190625

MEMPHIS CITY CARTAGE

Matson
ORION DISPATCH
Page 1 of 2
190726

Matson
ORION DISPATCH
Page 2 of 2
190726

MEMPHIS CITY CARTAGE
INVOICE

MEMPHIS CITY CARTAGE
INVOICE

CertainTeed
BILL OF LADING
190955

CertainTeed
BILL OF LADING
190955

Matson
ORION DISPATCH
Page 2 of 2
190955

Matson
ORION DISPATCH
Page 1 of 2
190955

MEMPHIS CITY CARTAGE
INVOICE

3M
191423

191423
Matson
ORION DISPATCH
Page 1 of 2

Matson
ORIGIN DISPATCH
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE
191565
5/17/21

BILL OF LADING
Tmp 191565

CertainTeed
BILL OF LADING
Ship Date 05/11/2021
Tmp 191565

DELIVERY RECEIPT & DETENTION RECORD
Gary L. Hayes
191565
UP Rail
R.P. Little Rock
Date: 5-10-21

Matson
ORIGIN DISPATCH
Page 1 of 2
191565

Matson
ORIGIN DISPATCH
Page 2 of 2
191565

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE
INVOICE
191862
5/27/21

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |
| DROP | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| HOOK | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| DROP | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |

STANDARD RATE
FUEL SURCHARGE

Invoice Total

UNION PACIFIC BUILDING AMERICA
UNION PACIFIC - MARION (XXO77)
Out-Gate
Tmp 191862
Date: 05/13/2021 11:54
Lane: Outgate 1
Carrier: MCCI Tractor: L9640HY
Driver: RICHARD JACKSON
Driver ID: *****2474/AR
Seal:
Weight: 8000 L
Haz/Dang:
Placard:
TO ALL TRUCK DRIVERS
YARD SPEED LIMIT IS 20MPH

Matson
ORIGIN DISPATCH
Page 1 of 2
191862

Matson
191862
ORIGIN DISPATCH
Page 2 of 2

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE
INVOICE
192403
7/8/21

CertainTeed
BILL OF LADING
Ship Date 06/20/2021
192403

Matson

IMP 192403

Matson

MEMPHIS CITY CARTAGE

INVOICE

3M

PACKING LIST

SHIP TO CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR 97210-3631

TMP 192432

TMP 192432

3M

PACKING LIST

SHIP TO CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR 97210-3631

TMP 192432

TMP 192432

Matson

192432

Matson

192432

Matson

192432

Matson

192432

Matson

192432

Matson

192432

MEMPHIS CITY CARTAGE

The Bridge On Cap

Tmp# 192708

BUILDING AMERICA

Tmp# 192708

BUILDING AMERICA

Matson

TMP 192708

Matson

Tmp 192708

MEMPHIS CITY CARTAGE

BUILDING AMERICA

UNION PACIFIC

BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

Out-Gate

Tmp 19345l

Date: 06/15/2021 07:47

Carrier: MCCI Tractor: L0640HY

Driver: RICHARD JACKSON

Driver ID: *****2474/AR

Seal:

Booking: EM40C02437

Weight: 6000 L

Haz/Dang:

Placard:

ITP: 1521607

** TO ALL TRUCK DRIVERS **

YARD SPEED LIMIT IS 20MPH

Matson

19345l

Matson

19345l

Matson

Tmp# 19345l

Matson

MEMPHIS CITY CARTAGE

The Bridge On Cap

TMP 193725

M 298755

CROWN Metal Packaging Canada LP

M 258755

Tmp# 193725

**Memphis City Cartage** — DELIVERY RECEIPT — Shipment/TMP# 193725

SHIPPER: CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS, 1009 FORD ROAD, MUSCLE SHOALS AL

DATE 7/7/2021 — DRIVER DARRION MATTISON TRK# RMF1828

**Memphis City Cartage** — DELIVERY RECEIPT — Shipment/TMP# 193725

SHIPPER: CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE: CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

DATE 7/7/2021 — DRIVER DARRION MATTISON TRK# RMF1828

**MEMPHIS CITY CARTAGE** — DELIVERY RECEIPT & DETENTION RECORD

| | |
|---|---|
| CONTAINER# | EMHU186... |
| TMP# | 193726 |
| ORIGIN: | Memphis |
| CONSIGNEE: | Reclamation Operations |
| SEAL# | 1625... |
| ARRIVAL TIME: | 12:15 |
| APPOINTMENT TIME: | 12:00 |
| 1HR FREE TIME ENDS: | |
| COMPLETED TIME: | |

Received in good condition except as noted

Received by: [signature]

**Matson Logistics**

DESTINATION DISPATCH

Date 06/21/2021

Page 1 of 2

IMPORTANT: FOR THE ATTENTION OF: MEMPHIS CITY CARTAGE

COMMODITY: ALUMINUM OR ALUMINUM ALLOY SCRAP, NEC

SHIPPER: CROWN METAL PACKAGING CANADA LP, CALGARY, AB

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS — CONTACT: SABRINA WALLACE

CONTINUED ON NEXT PAGE

**Matson Logistics** — DESTINATION DISPATCH — Page 2 of 2

1009 FORD ROAD, MUSCLE SHOALS, AL 35661

APPOINTMENT INFORMATION — CONTACT: SABRINA WALLACE

**LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL** — MEMPHIS CITY CARTAGE — INVOICE 193727 7/6/21

Bill To: MATSON LOGISTICS, 301 LINDENWOOD DRIVE SUITE 300, MALVERN, PA 19355, ATTN: ACCOUNTS PAYABLE

Terms: NET 30

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | 38109 |
| DELIVER | ALABAMA RECLAMATION OPERA | 1009 FORD ROAD | MUSCLE SHOALS, AL | 35661 |
| DROP | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | 38109 |

FREIGHT CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | 1 | 0 | FLAT | |

ACCESSORIAL CHARGES

| Description | Qty | Rate / Type | Amount |
|---|---|---|---|
| FUEL SURCHARGE | 1 | FLAT | |
| YARD PULL | 1 | FLAT | |
| STORAGE | 1 | UNIT | |
| CONGESTION SURCHARGE | 1 | FLAT | |

Thank You for your Business!

REMIT TO ADDRESS: LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL, CINCINNATI, OH

Freight: — Accessorials: — Invoice Total

Holly Gibson

**Memphis City Cartage** — DELIVERY RECEIPT — Shipment/TMP# 193727

SHIPPER: CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS, 1009 FORD ROAD, MUSCLE SHOALS, AL

| | | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | 0 | 7/6/2021 | 10:23 Central Time | 11:27 Central Time |

DATE 7/6/2021 — DRIVER JEREMY HINSON TRK# RMF1825 — PRINT NAME Holly Gibson

**MEMPHIS CITY CARTAGE** — DELIVERY RECEIPT & DETENTION RECORD

| | |
|---|---|
| CONTAINER# | EMHU... |
| TMP# | 193727 |
| ORIGIN: | Memphis, TN |
| CONSIGNEE: | Alabama Reclamation |
| SEAL# | 1625752 — INTACT: Y / N |
| ARRIVAL TIME: | |
| APPOINTMENT TIME: | |
| 1HR FREE TIME ENDS: | |
| COMPLETED TIME: | |

Received in good condition except as noted — Date: 7/6/21

Received by: [signature]

**MEMPHIS CITY CARTAGE** — DELIVERY RECEIPT & DETENTION RECORD (copy)

CROWN Metal Packaging Canada LP

M 233756

Tmp# 193727 — waiting on Nancy 3:29pm 6/18 3:47

**Matson Logistics** — DESTINATION DISPATCH — Page 1 of 2

COMMODITY: ALUMINUM OR ALUMINUM ALLOY SCRAP, NEC

SHIPPER: CROWN METAL PACKAGING CANADA LP, CALGARY, AB

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS — CONTACT: SABRINA WALLACE

CONTINUED ON NEXT PAGE

**Matson Logistics** — DESTINATION DISPATCH — Page 2 of 2

1009 FORD ROAD, MUSCLE SHOALS, AL 35661

APPOINTMENT INFORMATION — CONTACT: SABRINA WALLACE

193727

**FedEx Freight** — INVOICE

Crown Metal Packaging Canada LP

**LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL** — MEMPHIS CITY CARTAGE — INVOICE 193741 7/6/21

Bill To: MATSON LOGISTICS, 301 LINDENWOOD DRIVE SUITE 300, MALVERN, PA 19355, ATTN: ACCOUNTS PAYABLE

FREIGHT CHARGES — ACCESSORIAL CHARGES: FUEL SURCHARGE, CONGESTION SURCHARGE, YARD PULL, STORAGE

Thank You for your Business! REMIT TO ADDRESS: LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

**CertainTeed** — BILL OF LADING

Signature [illegible] 6/14/21 B.Hill 6/14/21

CertainTeed BILL OF LADING

TMP# 193741

BUILDING AMERICA

UNION PACIFIC - MARION (XX077)

In-Gate
BEAU 632186 LOAD
TSXZ 478927

TMP 193741

Date: 06/25/2021 16:05
Lane: Ingate 4
Visit: 1762133539
Carrier: MXCI Tractor: L5643KF
Driver: RICHARD JACKSON
Driver ID: *****2474/AR

Shipper: MATSONLOGIST
Seal: 4934202
Control:
Weight: 5000 L
Haz/Dang:
Placard:

Park At:
Lot: RED R 1101

BUILDING AMERICA

UNION PACIFIC - MARION (XX077)

Out-Gate
BEAU 632186 EMPTY
TSXZ 478927

Date: 06/22/2021 12:01
Lane: Outgate 1
Visit: 1912178712
Carrier: MCCI Tractor: G4584HY
Driver: BRANDON HALL
Driver ID: *****1171/TX

Seal:
Booking: EM40002576
Weight: 5000 L
Haz/Dang:
Placard:
IEP: 1521887

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

THIS TERMINAL IS EQUIPPED WITH AN AUTOMATED GATE SYSTEM. DAMAGE IS NOT REPORTED ON INGATE OR OUTGATE RECEIPTS. DAMAGE IS CAPTURED ON RECORDED IMAGERY.

TMP# 193741

BUILDING AMERICA

TMP# 193741

Matson Logistics

ORIGIN DISPATCH

Page 1 of 2

Matson Logistics

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

Tmp 194481

BUILDING AMERICA

UNION PACIFIC - MARION (XX077)

Out-Gate

194481

Matson Logistics

Tmp# 194481

ORIGIN DISPATCH

Page 1 of 2

Matson Logistics

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

BILL OF LADING

Tmp# 194484

BUILDING AMERICA

This Screen will close in 27 seconds

To Print

Tmp 194484

BUILDING AMERICA

UNION PACIFIC - MARION (XX077)

Out-Gate
EMCU 117342 EMPTY
TXXB 462220

Date: 07/06/2021 11:34
Lane: Outgate 1
Visit: 1872142852
Carrier: MCCI Tractor: EB12588
Driver: MICHAEL CARTER
Driver ID: *****1394/AR

Seal:
Booking: EM40002897
Weight: 8200 L
Haz/Dang:
Placard:
IEP: 1521807

Matson Logistics

TMP 194484

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

TMP# 194484

Matson

Matson

MEMPHIS CITY CARTAGE

CertainTeed BILL OF LADING

TMP 190756

CertainTeed BILL OF LADING

TMP 190756

BUILDING AMERICA

UNION PACIFIC

TMP 190756

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

MEMPHIS CITY CARTAGE

Constellium Alabama

Constellium

Matson

EMHU444402

Class 1 Aluminum Scrap Pallets

Net 38,233

Aluminum Heads / Tails Pallets

Made In Canada

M 298761

DELIVERY RECEIPT

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

| | |
|---|---|
| CONTAINER# | EMHU444402 |
| TMP# | 194436 |
| ORIGIN | ACCT |
| CONSIGNEE | Reclamation Operations |
| SEAL# | 646753 INTACT: Y / N |
| ARRIVAL TIME: | 10:35 |
| APPOINTMENT TIME | |
| 1HR FREE TIME ENDS: | NOTIFY DISPATCH |
| COMPLETED TIME | |

Received in good condition except as noted Date:

Received by: 7-15-21

Matson

TMP# 194436

Matson

Claudia Morales - Harbor Transport

See attached .pdf document for detailed shipment information. Load may have additional in-transit stops.

Carrier Load Tender

Carrier: HARBOR TRANSPORT LLC HARMA

First Stop: Fort Lauderdale, FL 33316

Last Stop: Lakeland, FL 33811

Bill To:

Comments

Special Instructions

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE
194797
7/13/21

Bill To
MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

Terms: NET 30
CONTAINER #
REF #

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | KUHN ROAD | | 72364 |
| PICKUP | 3M CORP | | LITTLE ROCK, AR | |
| DROP | UP (UNION PACIFIC) | KUHN ROAD | | 72364 |

LINEHAUL CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | | | FLAT | |

ADDITIONAL CHARGES

| Description | Qty | Rate / Type | Amount |
|---|---|---|---|
| CONGESTION SURCHARGE | 1 | FLAT | |
| FUEL SURCHARGE | 1 | FLAT | |
| DETENTION | 1 | UNIT | |

Pickup Date 7/13/21 Total Pieces 1 Actual Wgt
Delivery Date 7/13/21 Total Space Tariff Wgt Miles 0

Thank You for your Business
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
CINCINNATI, OH

Freight:
+ Accessorials:
Invoice Total

---

3M

PACKING LIST

SHIP TO: CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR 97210-3631

SHIP DATE: 7/13/2021
WILL CALL/CUST PICKUP
REFERENCE NO. L91ADO

| LINE NBR | PRODUCT | DESCRIPTION | QTY ORDERED | QTY SHIPPED | BILL UNIT |
|---|---|---|---|---|---|
| 1 | | COPPER, BLACK BAG | | | TON |

Tmp# 194797

— End of Order Listing —

---

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

WILL CALL/CUST PICKUP

3M

CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR

COLLECT

Tmp# 194797

---

3M

PACKING LIST

SHIP TO: CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR 97210-3631

SHIP DATE: 7/13/2021
WILL CALL/CUST PICKUP
REFERENCE NO. L91ADO

| LINE NBR | PRODUCT | DESCRIPTION | QTY ORDERED | QTY SHIPPED | BILL UNIT |
|---|---|---|---|---|---|
| 1 | | COPPER, BLACK BAG | | | TON |

— End of Order Listing —

---

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE

WILL CALL/CUST PICKUP

3M

CERTAINTEED CORP
6350 NW FRONT AVE
PORTLAND, OR

COLLECT

---

BUILDING AMERICA

Tmp# 194797

---

Matson
LOGISTICS

Tmp# 194797

ORIGIN DISPATCH

Page 1 of 2

MEMPHIS CITY CARTAGE

SHIPPER:
3M CORP

---

Matson
LOGISTICS

ORIGIN DISPATCH

Page 2 of 2

---

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

Bill To
MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

Terms: NET 30
CONTAINER #
REF #
CUSTOMER #

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | |
| DELIVER | ALABAMA RECLAMATION OPER. | 1008 FORD ROAD | MUSCLE SHOALS, AL | |
| DROP | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | |

LINEHAUL CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | | | FLAT | |

ADDITIONAL CHARGES

| Description | Qty | Rate / Type | Amount |
|---|---|---|---|
| FUEL SURCHARGE | | FLAT | |
| PUP FEE | | FLAT | |

Thank You for your Business
REMIT TO ADDRESS:
LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
CINCINNATI, OH

Freight:
+ Accessorials:
Invoice Total

---

Stephanie Works

---

MEMPHIS CITY CARTAGE
We Bridge the Gap

DELIVERY RECEIPT Shipment/Trip# 194815

| | |
|---|---|
| CONTAINER # | CNRU 239051 |
| REF # | 3715601 |
| CUSTOMER # | 22107082 |

Seal #

SHIPPER CN (CANADIAN NATIONAL)
297 RIVERGATE DRIVE
MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS
1008 FORD ROAD
MUSCLE SHOALS, AL

| NO PLTS | WEIGHT | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | 0 | 7/19/2021 | 14:32 Central Time | 15:14 Central Time |

DATE: 7/19/2021 RECEIVED BY: S W
DRIVER: BRANDON HALL TRUCK: RMF1671 PRINT NAME: Stephanie Works

---

Transaction Complete

CNRU 239051
Park At:
Pole#: NL2
Pickup From:
Lot UNKNW Area

...ess lane / J1 available online and on your ModalPass app.

---

MEMPHIS CITY CARTAGE
We Bridge the Gap

CONTAINER#
ORIGIN:
CONSIGNEE:

DELIVERY RECEIPT & DETENTION RECORD

---

Matson
LOGISTICS

Tmp# 194815

DESTINATION DISPATCH

Page 1 of 2

CONSIGNEE:
ALABAMA RECLAMATION OPERATIONS

---

Matson
LOGISTICS

DESTINATION DISPATCH

Page 2 of 2

CertainTeed BILL OF LADING Ship Date 07/28/2021

Matson 195528 ORIGIN DISPATCH

Matson 195528 ORIGIN DISPATCH Page 2 of 2

Matson 195528 ORIGIN DISPATCH Page 1 of 2

Matson ORIGIN DISPATCH Page 2 of 2

MEMPHIS CITY CARTAGE INVOICE

CITY CARTAGE DELIVERY RECEIPT & DETENTION RECORD

CONTAINER# CNRU 239471

P# 195693

ORIGIN: CN Memphis, TN

CONSIGNEE: Reclamation Operations, Muscle Shoals

Received in good condition except as noted Date: 8/2/21

Received by: Holly Gibson

MEMPHIS CITY CARTAGE DELIVERY RECEIPT

Shipper: CN (CANADIAN NATIONAL) 297 RIVERGATE DRIVE MEMPHIS, TN

Consignee: ALABAMA RECLAMATION OPERATIONS 1009 FORD ROAD MUSCLE SHOALS, AL

Matson DESTINATION DISPATCH TMP# 195693 Page 1 of 2

Matson DESTINATION DISPATCH Page 2 of 2

MEMPHIS CITY CARTAGE INVOICE

CertainTeed BILL OF LADING Ship Date 08/03/2021 TMP# 195712

MEMPHIS CITY CARTAGE DELIVERY RECEIPT 195712

Shipper: RP LITTLE ROCK 2005 E 17TH STREET LITTLE ROCK, AR

Consignee: 3M CORP HWY 365 & WALTERS RD LITTLE ROCK, AR

Matson TMP# 195712 ORIGIN DISPATCH Page 1 of 2

MEMPHIS CITY CARTAGE
DELIVERY RECEIPT & DETENTION RECORD

CONTAINER #: TMP# 195985
ORIGIN: Union Pacific Rail
CONSIGNEE:
SEAL #
ARRIVAL TIME:
APPOINTMENT TIME:
1HR FREE TIME ENDS:
COMPLETED TIME:
Received in good condition except as noted
Received by:

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
INVOICE 196094 8/13/21
MATSON LOGISTICS

DELIVERY RECEIPT
SHIPPER: CN (CANADIAN NATIONAL) 297 RIVERGATE DRIVE MEMPHIS, TN
CONSIGNEE: ALABAMA RECLAMATION OPERATIONS 1008 FORD ROAD MUSCLE SHOALS, AL
DATE: 8/19/2021
DRIVER: GREGORY RICHARDS

M 298789

Matson Logistics
196145
DESTINATION DISPATCH
Page 1 of 2

Matson Logistics
DESTINATION DISPATCH
Page 2 of 2

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
INVOICE 196144 8/19/21

Matson Logistics
196144
ORIGIN DISPATCH
Page 1 of 2

Matson Logistics
ORIGIN DISPATCH
Page 2 of 2

LOVE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
INVOICE 196143 8/13/21

CertainTeed
BILL OF LADING
Ship Date 08/16/2021

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

Bill To

MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |
| PICKUP | 3M CORP | HWY 365 & WALTERS RD | LITTLE ROCK, AR | 72206 |
| DROP | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |

FREIGHT CHARGES

STANDARD RATE

ACCESSORIAL CHARGES

FUEL SURCHARGE

Thank You for your Business!

REMIT TO ADDRESS

3M PACKING LIST

TMP-196204

TMP-196204

UNION PACIFIC BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

In-Gate
LOAD

Date: 08/19/2021 13:07
Lane: Ingate 4
Carrier: MCCI
Driver: DESBY FREEMAN
Driver ID: *****3355/TN

Shipper: MATSONLOGIST
Seal: 0456671
Control:
Weight: 50000 L
Haz/Dang:
Placard:

Park At:
Lot: RED R 1253

TMP-196204

UNION PACIFIC BUILDING AMERICA

Matson LOGISTICS

196204

Matson LOGISTICS

MEMPHIS CITY CARTAGE

INVOICE

196207

MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

FREIGHT CHARGES

ACCESSORIAL CHARGES

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

196207

SHIPPER: RP LITTLE ROCK
2305 E 17TH STREET
LITTLE ROCK, AR

CONSIGNEE: UP (UNION PACIFIC)
KUHN ROAD
MARION, AR

DATE: 8/25/2021

DRIVER: DARRION MATTIOON

TMP# 196192

UNION PACIFIC BUILDING AMERICA

TMP# 196207

UNION PACIFIC BUILDING AMERICA

MEMPHIS CITY CARTAGE

INVOICE

196316

MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | 38109 |
| DELIVER | LOGAN ALUMINUM US | HIGHWAY 431 | RUSSELLVILLE, KY | 42276 |
| DROP | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | 38109 |

FREIGHT CHARGES

STANDARD RATE

ACCESSORIAL CHARGES

FUEL SURCHARGE

YARD PULL

Thank You for your Business!

REMIT TO ADDRESS

Logan Aluminum US
Hwy 431 North
Russellville, KY 42276

Logan

235 Crown Metal Category

Matson

Collect

| | | |
|---|---|---|
| Class 1 Aluminum Scrap | Gross | 38,896 LBS |
| | Tare | 699 LBS |
| | Net | 38,197 LBS |
| Nuroman Heads + Tails | Gross | 3,499 LBS |
| | Tare | 62 LBS |
| | Net | 3,437 LBS |

8/30/21

Refs: PO# 25-TL6926
IRS # 10-0104054
Seal # 1626826/1626838

Made In Canada

41,634 LBS

USD$ 42,466.68

42,395

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

196316

SHIPPER: CN (CANADIAN NATIONAL)
297 RIVERGATE DRIVE
MEMPHIS, TN

CONSIGNEE: LOGAN ALUMINUM US
HIGHWAY 431
RUSSELLVILLE, KY

DATE: 8/30/2021

DRIVER: RYAN WALKER

Matson LOGISTICS

196316

DESTINATION DISPATCH

Page 1 of 2

Matson LOGISTICS

DESTINATION DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE 196336

MATSON LOGISTICS

CN (CANADIAN NATIONAL) — LOGAN ALUMINUM US — HIGHWAY 431 — RUSSELLVILLE, KY

STANDARD RATE

FUEL SURCHARGE

Invoice Total 1,371.15

Scott Jones 8/31/21

M 253734

DELIVERY RECEIPT

Shipment/TMP # 196336

| | |
|---|---|
| SHIPPER | CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN |
| CONSIGNEE | LOGAN ALUMINUM US, HIGHWAY 431, RUSSELLVILLE, KY |
| DATE | 8/30/2021 |
| DRIVER | JEREMY HINSON |
| PRINT NAME | Scott Jones |

Matson Logistics

196336

DESTINATION DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

DESTINATION DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE 196484

CN (CANADIAN NATIONAL) — ALABAMA RECLAMATION OPERATIONS — 1006 FORD ROAD — MUSCLE SHOALS, AL

DELIVERY RECEIPT

Shipment/TMP # 196484

| | |
|---|---|
| SHIPPER | CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN |
| CONSIGNEE | ALABAMA RECLAMATION OPERATIONS, 1006 FORD ROAD, MUSCLE SHOALS, AL |
| DATE | 8/30/2021 |
| DRIVER | ANTHONY EASON |
| PRINT NAME | Stephanie Wood |

Matson

196484

DESTINATION DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

DESTINATION DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE 196498

UP (UNION PACIFIC)

STANDARD RATE

FUEL SURCHARGE

BILL OF LADING

TMP# 196498

UNION PACIFIC

BUILDING AMERICA

Driver ID 0086

UNION PACIFIC - MARION

In-Gate

Driver#0086
TMP# 196498

UNION PACIFIC BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

In-Gate
BEAU 632124 LOAD
TSXZ 460722

Date: 08/27/2021 16:09
Lane: Ingate 4
Visit: 2192102595
Carrier: MCCI Tractor: N2884HY
Driver: BRANDON HALL
Driver ID: *****1171/TN

Shipper: MATSONLOGIST
Seal: 1284364
Control:
Weight: 50000 L
Haz/Dang:
Placard:

Park At:
Lot. GREEN 0 1470

TMP
Pride

TMP#196498
Driver#0086

UNION PACIFIC BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

Out-Gate
BEAU 632124 EMPTY
TSXZ 460722

Date: 08/27/2021 09:45
Lane: Outgate 2
Visit: 2392101533
Carrier MCCI Tractor N/884HY
Driver: BRANDON HALL
Driver ID: *****1171/TN

Seal:
Booking: [illegible]
Weight: 8000 L
Haz/Dang:
Placard:
IEP 1521807

MEMPHIS CITY CARTAGE

INVOICE

Bill To

MATSON LOGISTICS

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |
| DROP | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | [illegible] |
| HOOK | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | [illegible] |
| DROP | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |

STANDARD RATE

FUEL SURCHARGE

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

| | |
|---|---|
| CONTAINER # | [illegible] |
| REF # | [illegible] |
| SHIPPER'S # | [illegible] |

SHIPPER: RP LITTLE ROCK, 2005 E 17TH STREET, LITTLE ROCK, AR

CONSIGNEE: UP (UNION PACIFIC), KUHN ROAD, MARION, AR

| | | | | |
|---|---|---|---|---|
| 1 | 0 | 9/2/2021 | 12:46 Central Time | 15:1[illegible] Central Time |

| | |
|---|---|
| 9-2-2021 | |
| CARNER HENDERSON RJ00074 | Mco |

MEMPHIS CITY CARTAGE

INVOICE

MATSON LOGISTICS

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |
| DROP | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| HOOK | RP LITTLE ROCK | 2005 E 17TH STREET | LITTLE ROCK, AR | 72206 |
| DROP | UP (UNION PACIFIC) | KUHN ROAD | MARION, AR | 72364 |

STANDARD RATE

FUEL SURCHARGE

Matson LOGISTICS

196674

ORIGIN DISPATCH

Matson LOGISTICS

ORIGIN DISPATCH

MEMPHIS CITY CARTAGE

INVOICE

MATSON LOGISTICS

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | [illegible] |
| DELIVER | LOGAN ALUMINUM US | HIGHWAY 431 | RUSSELLVILLE, KY | [illegible] |
| DROP | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN | [illegible] |

STANDARD RATE

FUEL SURCHARGE

TWO PULL

M Vaughn

Logan Aluminum U.S.
Highway 431 North
Russellville, KY 42276

Logan 196780

Crown Metal Coil / Marion

8/30/21

Class 1 Aluminum Scrap 24 Gross 42,219 Lbs

Tare 811 Lbs

Net 41,138 Lbs

M Vaughn 9-10-21

Cont FO# 25-TL6737
TCS # 10-0161634
Seal # 1621737/1621738

24 Pallets Class 1 Scrap

Made In Colombia

41,138 Lbs

M 298801

5

M Vaughn 9-10-21

M 293601

6

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

Shipment/TMP# 196780

SHIPPER: CN (CANADIAN NATIONAL), 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE: LOGAN ALUMINUM US, HIGHWAY 431, RUSSELLVILLE, KY

| | | | | |
|---|---|---|---|---|
| 1 | 0 | 9/10/2021 | 13:42 Central Time | 16:35 Central Time |

| | |
|---|---|
| 9/10/2021 | |
| ANTHONY EASON RM00050 | M Vaughn |

MEMPHIS CITY CARTAGE
DELIVERY RECEIPT & DETENTION RECORD

| | |
|---|---|
| CONTAINER | EMHU 276406 |
| TYPE | 196780 |
| ORIGIN | MCCT |
| CONSIGNEE | Logan Aluminum |
| SEALS | 1621293 & 1621295 |
| ARRIVAL TIME | |
| APPOINTMENT TIME | |
| 1 HR FREE TIME ENDS | |
| COMPLETED TIME | |

Received in good condition except as noted
Received by:

M. Vaughn 9-10-21

Matson LOGISTICS

Tripl 196780

DESTINATION DISPATCH
Page 1 of 2

COMMODITY ALUMINUM OR ALUMINUM ALLOY SCRAP, NEC
SHIPPER: CROWN METAL PACKAGING CANADA LP
CALGARY, AB
CONSIGNEE: LOGAN ALUMINUM US
CONTACT DERRICK KEPLEY

CONTINUED ON NEXT PAGE

Matson LOGISTICS
DESTINATION DISPATCH
Page 2 of 2
HIGHWAY 431 NORTH
RUSSELLVILLE, KY 42276
APPOINTMENT INFORMATION
CONTACT: DERRICK KEPLEY

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
The Bridge On Gap
INVOICE
MATSON LOGISTICS
1411 LINDENWOOD DRIVE SUITE 300
MALVERN, PA 19355
ATTN: ACCOUNTS PAYABLE

Logan Aluminum U.S.
Highway 431 North
Russellville, KY 42276

235 Crown Metal Calgary — Matson — 3/09/21
53' — EMHU 277286? — Collect

Class 1 Aluminum Scrap — 24 — Gross 41,958 LBS
Tare 791 LBS
Net 41,167 LBS

9.24.21

Cdc P.O 25-TL6927
JDS # 10-0164654
Seal # 1621293/1621295

24 Pallet Class 1 Scrap — Made In Canada — 41,167 LBS
USD$41,990.34 — 41,958 LBS

CROWN Metal Packaging Canada LP
1 M 299800

235 CALGARY — Page 1

## Class 1 Scrap Calculation

| | Gross Kg | Tare Kg | Tag# | | KGS | LBS | $VALUE |
|---|---|---|---|---|---|---|---|
| 1 | 798 | 20 | 32317 | | | | |
| 2 | 799 | 16 | 32318 | GROSS | 19037 | 41958 | 1.02 |
| 3 | 795 | 15 | 32319 | | 359 | 791 | $41 990.21 |
| 4 | 785 | 14 | 32320 | | 18673 | 41167 | |
| 5 | 794 | 14 | 32321 | | | | |
| 6 | 789 | 14 | 32322 | | | | |
| 7 | 794 | 16 | 32323 | | | | |
| 8 | 788 | 11 | 32324 | | | | |
| 9 | 788 | 15 | 32325 | | | | |
| 10 | 787 | 12 | 32326 | | | | |
| 11 | 800 | 17 | 32327 | | | | |
| 12 | 791 | 13 | 32328 | | | | |
| 13 | 789 | 17 | 32329 | | | | |
| 14 | 794 | 17 | 32330 | | | | |
| 15 | 803 | 13 | 32331 | | | | |
| 16 | 796 | 16 | 32332 | | | | |
| 17 | 792 | 19 | 32333 | | | | |
| 18 | 785 | 18 | 32334 | | | | |
| 19 | 797 | 16 | 32335 | | | | |
| 20 | 798 | 14 | 32336 | | | | |
| 21 | 789 | 15 | 32337 | | | | |
| 22 | 806 | 14 | 32338 | | | | |
| 23 | 789 | 12 | 32339 | | | | |
| 24 | 798 | 9 | 32340 | | | | |

FedEx.
Class 1 Aluminum Scrap Pallets

Logan Aluminum U.S.
Highway 431 North
Russellville, KY 42276

235 Crown Metal Calgary — Matson — 3/09/21
53' — EMHU 277286
Class 1 Aluminum Scrap — 24 — Gross 41,958 LBS
Tare 791 LBS
Net 41,167 LBS
Cdc P.O 25-TL6927
JDS # 10-0164654
Seal # 1621293/1621295
24 Pallet Class 1 Scrap — Made In Canada — 41,167 LBS
41,990.34 — 41,958 LBS

CROWN Metal Packaging Canada LP
5 M 298800

CROWN Metal Packaging Canada LP
6 M 298800

235/M298800

MEMPHIS CITY CARTAGE
DELIVERY RECEIPT & DETENTION RECORD

| | |
|---|---|
| CONTAINER | EMHU 277286 |
| TYPE | 196781 |
| ORIGIN | Mcagh |
| CONSIGNEE | Logan AL |
| SEALS | |
| ARRIVAL TIME | |
| APPOINTMENT TIME | |
| 1HR FREE TIME ENDS | |
| COMPLETED TIME | |

Received in good condition except as noted — Date: 9-24
Received by:

Matson LOGISTICS
Tripl 196781
DESTINATION DISPATCH
Page 1 of 2
CORRECTION
COMMODITY ALUMINUM OR ALUMINUM ALLOY SCRAP, NEC
SHIPPER: CROWN METAL PACKAGING CANADA LP
CALGARY, AB
CONSIGNEE: LOGAN ALUMINUM US
CONTACT DERRICK KEPLEY
CONTINUED ON NEXT PAGE

Matson LOGISTICS
DESTINATION DISPATCH
Page 2 of 2
HIGHWAY 431 NORTH
RUSSELLVILLE, KY 42276
APPOINTMENT INFORMATION
CONTACT: DERRICK KEPLEY

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
INVOICE
MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL
MEMPHIS CITY CARTAGE
INVOICE
MATSON LOGISTICS
ATTN: ACCOUNTS PAYABLE

CertainTeed

BILL OF LADING

Ship Date 09/08/2021

196904

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

196920

Bill To

MATSON LOGISTICS

Terms NET 30

| | Company | Address | City / St |
|---|---|---|---|
| HOOK | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN |
| DELIVER | ALABAMA RECLAMATION OPER. | 1009 FORD ROAD | MUSCLE SHOALS, AL |
| DROP | CN (CANADIAN NATIONAL) | 297 RIVERGATE DRIVE | MEMPHIS, TN |

FREIGHT CHARGES

STANDARD RATE

ACCESSORIAL CHARGES

FUEL SURCHARGE

YARD PULL

STORAGE

Thank You for your Business!

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

Invoice Total

DELIVERY RECEIPT

SHIPPER CN (CANADIAN NATIONAL)

297 RIVERGATE DRIVE

MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS

1009 FORD ROAD

MUSCLE SHOALS, AL

9/21/2021

DELIVERY RECEIPT & DETENTION RECORD

CONTAINER # CNRU238265

196920

ORIGIN: MCCT

CONSIGNEE: Alabama Reclamation Operations

Matson

DESTINATION DISPATCH

196920

Crown Metal Packaging Canada LP

M 298803

Made In Canada

Matson

DESTINATION DISPATCH

MEMPHIS CITY CARTAGE

INVOICE

M 298805

197000 TMP

Made In Canada

DELIVERY RECEIPT

SHIPPER CN (CANADIAN NATIONAL)

297 RIVERGATE DRIVE

MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS

1009 FORD ROAD

MUSCLE SHOALS, AL

9/20/2021

197000

Matson

DESTINATION DISPATCH

197000 TMP

M 298805

MEMPHIS CITY CARTAGE

INVOICE

CONTINUED ON NEXT PAGE

M 293804

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

| | |
|---|---|
| CONTAINER # | [illegible] |
| REF # | [illegible] |
| CUSTOMER # | [illegible] |

SHIPPER CN (CANADIAN NATIONAL) 297 RIVERGATE DRIVE, MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS 1008 FORD ROAD MUSCLE SHOALS, AL

| | | | | |
|---|---|---|---|---|
| 1 | 0 | 9/16/2021 | 18:00 Central Time | 22:51 Central Time |

| | |
|---|---|
| DATE 9/16/2021 | RECEIVED BY |
| DRIVER DARRION MATTISON RMF1826 | PRINT NAME Bzeph |

MEMPHIS CITY CARTAGE DELIVERY RECEIPT & DETENTION RECORD

Matson

197251

BUILDING AMERICA

Matson

197251

CertainTeed

TMP 197449

9/17

CertainTeed Corporation

Date 9-7-21

Control Room

197449 9-17

TO# 278234

| | Weight | Color # |
|---|---|---|
| 1 | 2485 | 4680 |
| 2 | 2484 | |
| 3 | 2485 | |
| 4 | 2484 | |
| 5 | 2484 | |
| 6 | 2484 | |
| 7 | 2485 | |
| 8 | 2485 | |
| 9 | 2486 | |
| 10 | 2485 | |
| 11 | 2482 | |
| 12 | 2485 | |
| 13 | 2480 | |
| 14 | 2483 | |
| 15 | 2487 | |
| 16 | 2483 | |
| 17 | 2649 | |
| TOTAL | 42,396 | |

Page 1

Matson
LOGISTICS

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

BUILDING AMERICA

UNION PACIFIC

CertainTeed

BILL OF LADING

Ship Date 09/20/2021

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

CertainTeed

BILL OF LADING

Ship Date 09/23/2021

BUILDING AMERICA

UNION PACIFIC

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

CertainTeed

BILL OF LADING

Driver #0086

BMOU 697824 TAXZ
489332

*******************************

PARK AT :

LOT :RED AREA :R SLOT :837

*******************************

ARRIVAL :

09/24/21 20:43 XG077 MARION AR

SHIPPER :MATSONLOGIST

CARRIER :MCCI

DRIVER :BRANDON HALL

DRIVER ID :*****1171/TN

LOAD :50000 LBS

SEAL #:5037252

CHECKED BY :AGS: AGS

*******************************

Matson
LOGISTICS

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson
LOGISTICS

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE
We Bridge the Gap

INVOICE

CertainTeed

MEMPHIS CITY CARTAGE

DELIVERY RECIEPT & DETENTION RECORD

[illegible]

| | | |
|---|---|---|
| Office use Only | CONTAINER# | ESCU 4852424 |
| | TMP# | 198000 |
| | ORIGIN: | Union Pacific |
| | CONSIGNEE: | U.P. Little Rock |
| | SEAL# | INTACT: Y / N |
| | ARRIVAL TIME: | |
| | APPOINTMENT TIME: | |
| | 1HR FREE TIME ENDS: | NOTIFY DISPATCH |
| | COMPLETED TIME: | |
| | Received in good condition except as noted | Date: 9-22-21 |
| | Received by: | |

MEMPHIS CITY CARTAGE

DELIVERY RECIEPT & DETENTION RECORD

| | | |
|---|---|---|
| Office use Only | CONTAINER# | [illegible] |
| | TMP# | [illegible] |
| | ORIGIN: | [illegible] |
| | CONSIGNEE: | [illegible] |
| | SEAL# | INTACT: Y / N |
| | ARRIVAL TIME: | |
| | APPOINTMENT TIME: | |
| | 1HR FREE TIME ENDS: | NOTIFY DISPATCH |
| | COMPLETED TIME: | |
| | Received in good condition except as noted | Date: 9-22-21 |
| | Received by: | |

Matson

ORIGIN DISPATCH

198058

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

Bill To

MATSON LOGISTICS

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | | MARION, AR | |
| PICKUP | | | LITTLE ROCK, AR | |
| DROP | RP LITTLE ROCK | | LITTLE ROCK, AR | |
| HOOK | RP LITTLE ROCK | | LITTLE ROCK, AR | |
| DROP | UP (UNION PACIFIC) | | MARION, AR | |

STANDARD RATE

FUEL SURCHARGE

STOP OFF

CertainTeed

BILL OF LADING

Tmp 198058

Matson

ORIGIN DISPATCH

198058

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

We Bridge the Gap

INVOICE

MATSON LOGISTICS

STANDARD RATE

FUEL SURCHARGE

YARD PULL

STORAGE

198286

M 293806

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

| CONTAINER # | [illegible] |
|---|---|
| REF # | [illegible] |
| CUSTOMER # | [illegible] |

Seal # 1621780, 1621021

SHIPPER CN (CANADIAN NATIONAL)
217 RIVERGATE DRIVE
MEMPHIS, TN

CONSIGNEE ALABAMA RECLAMATION OPERATIONS
1008 FORD ROAD
MUSCLE SHOALS, AL

| | | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | 0 | 10/11/2021 | [illegible] Central Time | 13:11 Central Time |

| DATE 10/11/2021 | RECEIVED BY |
|---|---|
| DRIVER ANTHONY EASON TRC# RMO0050 | PRINT NAME Alabama Reclamation |

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

Container # EMHU 263046

TMP# 198296

Matson

DESTINATION DISPATCH

198286

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

DESTINATION DISPATCH

Page 2 of 2

Matson

DESTINATION DISPATCH

198286

Page 1 of 2

CORRECTION

CONTINUED ON NEXT PAGE

Matson LOGISTICS

198332

DESTINATION DISPATCH

Page 1 of 2

MALVERN

IMPORTANT: FOR THE ATTENTION OF

MEMPHIS CITY CARTAGE

CORRECTION

COMMODITY: ALUMINUM OR ALUMINUM ALLOY SCRAP, NEC

EQUIP PRVDR: CANADIAN NATIONAL

SHIPPER: CROWN METAL PACKAGING CANADA LP

CALGARY, AB

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS

CONTACT: SABRINA WALLACE

CONTINUED ON NEXT PAGE

---

Matson LOGISTICS

198332

DESTINATION DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

---

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE

INVOICE

MATSON LOGISTICS

FREIGHT CHARGES

ACCESSORIAL CHARGES

---

198488

---

Memphis City Cartage LLC

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT Shipment/TMP# 198488

| | |
|---|---|
| CONTAINER # | EMHU985457 |
| CUSTOMER # | 221090105 |
| REF # | 2790219 |

| | |
|---|---|
| Seal # | 1621784, 1621777 |

SHIPPER: CN (CANADIAN NATIONAL)

297 RIVERGATE DRIVE

MEMPHIS, TN

CONSIGNEE: ALABAMA RECLAMATION OPERATIONS

1009 FORD ROAD

MUSCLE SHOALS, AL

| NO PCS | WEIGHT | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | 0 | 10/13/2021 | 12:50 Central Time | 17:00 Central Time |

| | |
|---|---|
| DATE 10/13/2021 | RECEIVED BY |
| DRIVER DARRION MATTISON TRCT RMP1828 | PRINT NAME 1 |

---

Matson LOGISTICS

198488

DESTINATION DISPATCH

CORRECTION

CONTINUED ON NEXT PAGE

---

Matson LOGISTICS

198488

DESTINATION DISPATCH

CORRECTION

CONTINUED ON NEXT PAGE

---

Matson LOGISTICS

198488

DESTINATION DISPATCH

CONTINUED ON NEXT PAGE

---

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE

INVOICE

MATSON LOGISTICS

FREIGHT CHARGES

ACCESSORIAL CHARGES

---

CertainTeed

BILL OF LADING

TMP# 198691

---

CertainTeed

BILL OF LADING

TMP# 198691

---

CertainTeed Corporation

Containers

Date 9-5-21

PO# 27113

| | Weight | |
|---|---|---|
| 1 | 2502 | | 
| 2 | 2493 | |
| 3 | 2497 | |
| 4 | 2482 | |
| 5 | 2464 | |
| 6 | 2495 | |
| 7 | 2476 | |
| 8 | 2460 | |
| 9 | 2418 | |
| 10 | 2458 | |
| 11 | 2478 | |
| 12 | 2500 | |
| 13 | 2496 | |
| 14 | 2486 | |
| 15 | 2222 | |
| 16 | 2830 | |
| 17 | 2196 | |
| TOTAL | 42,563 | |

Page 1

---

TMP# 198691

UNION PACIFIC

BUILDING AMERICA

UNION PACIFIC - MARION

In-Gate

Date: 10/18/2021

Lane: Driver Assist 1

Shipper: MATSONLOGIST

Weight: 52380 L

---

Matson LOGISTICS

198691

ORIGIN DISPATCH

CONTINUED ON NEXT PAGE

---

Matson LOGISTICS

198691

ORIGIN DISPATCH

CONTINUED ON NEXT PAGE

---

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

MEMPHIS CITY CARTAGE

INVOICE

MATSON LOGISTICS

FREIGHT CHARGES

ACCESSORIAL CHARGES

CertainTeed

BILL OF LADING

Ship Date 10/14/2021

Tmx 198779

Tmx 198779

SHIPPER PER [illegible] DATE 10/14/21 CARRIER PER [illegible] DATE 10-2021

MEMPHIS CITY CARTAGE

INVOICE 198873

STANDARD RATE

FUEL SURCHARGE

CertainTeed

J1 for equipment CAIU 995555

UPGo

CAIU 995555

TSXZ 499963

PARK AT :

LOT :RED AREA :R SLOT :913

ARRIVAL :

10/21/21 10:00 XG077 MARION AR

SHIPPER :MATEONLOGIST

CARRIER :MCCI

DRIVER :CLAUDY JAMES

DRIVER ID :*****9337/TN

LOAD :50000 LBS

SEAL #:5037518

CHECKED BY :AGS: AGS

BUILDING AMERICA

TMPX 198823

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

BILL OF LADING

MEMPHIS CITY CARTAGE

INVOICE

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

EMHU 261587

CLASS 5 Aluminum SCRAP

M 298819

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

CONTAINER # EMHU 261587

ARRIVAL TIME:

APPOINTMENT TIME:

1HR FREE TIME ENDS:

COMPLETED TIME:

Received in good condition except as noted

Date 11/5/21

Matson

DESTINATION DISPATCH

Matson

DESTINATION DISPATCH

CORRECTION

Matson

DESTINATION DISPATCH

CONTINUED ON NEXT PAGE

CONTINUED ON NEXT PAGE

Matson

DESTINATION DISPATCH

Page 1 of 2

199061

CORRECTION

CONTINUED ON NEXT PAGE

Matson

DESTINATION DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

| | Company | Address | City / St | Zip |
|---|---|---|---|---|
| HOOK | UP (UNION PACIFIC) | [illegible] ROAD | MARION, AR | 72364 |
| DROP | RP LITTLE ROCK | [illegible] E 17TH STREET | LITTLE ROCK, AR | [illegible] |
| HOOK | RP LITTLE ROCK | [illegible] E 17TH STREET | LITTLE ROCK, AR | [illegible] |
| DROP | TIDY (TRANSCEND) | [illegible] ROAD | MARION, AR | 72364 |
| HOOK | TIDY (TRANSCEND) | [illegible] ROAD | MARION, AR | 72364 |
| DROP | UP (UNION PACIFIC) | [illegible] ROAD | MARION, AR | 72364 |

FREIGHT CHARGES

| Description | Reference | Pcs | Weight | Rate / Type | Amount |
|---|---|---|---|---|---|
| STANDARD RATE | | 1 | | [illegible] FLAT | [illegible] |

ACCESSORIAL CHARGES

| Description | Qty | Rate / Type | Amount |
|---|---|---|---|
| FUEL SURCHARGE | 1 | [illegible] FLAT | [illegible] |
| YARD PULL | 1 | [illegible] FLAT | [illegible] |
| STORAGE | 2 | [illegible] UNIT | [illegible] |

Thank You for your Business!

REMIT TO ADDRESS:

CertainTeed

BILL OF LADING

199108

Matson

ORIGIN DISPATCH

Page 1 of 2

199108

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

FREIGHT CHARGES

ACCESSORIAL CHARGES

Thank You for your Business!

REMIT TO ADDRESS:

CertainTeed

BILL OF LADING

199207

EMHU 339803

12493479

Castings

CertainTeed Corporation

Date 4-27-21

PO 278120

Truck Bay

| Skid | Weight | Gauge |
|---|---|---|
| 1 | 2500 | 5480 |
| 2 | 2900 | |
| 3 | 2520 | |
| 4 | 2605 | |
| 5 | 2500 | |
| 6 | 2500 | |
| 7 | 2550 | |
| 8 | 2550 | |
| 9 | 2570 | |
| 10 | 2550 | |
| 11 | 2100 | |
| 12 | 2500 | |
| 13 | 2515 | |
| 14 | 2520 | |
| 15 | 2500 | |
| 16 | 2560 | |
| 17 | 2500 | 5440 |
| TOTAL | 42,893 | |

Page 1

Matson

ORIGIN DISPATCH

Page 1 of 2

199207

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

FREIGHT CHARGES

ACCESSORIAL CHARGES

Thank You for your Business!

REMIT TO ADDRESS:

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

Gary L Hayes Jr

| | |
|---|---|
| CONTAINER# TRLR# | EMHU 160383 LSFZ 539428 199284 |
| ORIGIN: CONSIGNEE | C.N. Rail M.C.C.I |
| SEAL# | 1681955 |
| ARRIVAL TIME: | |
| APPOINTMENT TIME: | |
| FREE TIME ENDS: | |
| COMPLETED TIME: | |

NOTIFY DISPATCH!

Received in good condition except as noted Date: 11-3-21

Received by:

Matson LOGISTICS

ORIGIN DISPATCH

199455

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson LOGISTICS

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

BILL OF LADING

Ship Date 11/01/2021

Matson LOGISTICS

ORIGIN DISPATCH

199544

Page 1 of 2

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

BILL OF LADING

Ship Date 11/02/2021

199547

11/2/21

11/4

Ryan Walker pulled no paperwork left out.

Matson LOGISTICS

ORIGIN DISPATCH

199547

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson LOGISTICS

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

BILL OF LADING

Ship Date 10/29/2021

199550

11/02/21

Customer

CertainTeed Corporation

Front of Box Loaded Clay

Date 9/23/21

PO# 278118

| Sheet | Weight | Color # |
|---|---|---|
| 1 | 2425 | 6780 |
| 2 | 2520 | |
| 3 | 2525 | |
| 4 | 2509 | |
| 5 | 2521 | |
| 6 | 2465 | |
| 7 | 2511 | |
| 8 | 2421 | |
| 9 | 2503 | |
| 10 | 2509 | |
| 11 | 2559 | |
| 12 | 2505 | |
| 13 | 2165 | |
| 14 | 2410 | |
| 15 | 2120 | |
| 16 | | |
| 17 | | |
| TOTAL | 37,135 | |

2 Short.

Page 1

Matson LOGISTICS

ORIGIN DISPATCH

199550

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson LOGISTICS

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed BILL OF LADING Ship Date 11/04/2021

Zip 199572

J1 Data Receipt

| | |
|---|---|
| Terminal Name | ROSSVILLE TN |
| Event Type | Outgate |
| Event Date & Time | 11/04/2021 4:02:01 |
| Driver Name | CLAUDY B JAMES |
| Dispatcher Company | MEMPHIS CITY CARTAGE LLC |
| Equipment Type | C |
| Equipment ID | EMHU 300276 |
| Chassis ID | TGXZ 800732 |
| Load / Empty | E |
| Length In Feet | 53 FT |
| Seal Numbers | |
| Placards Indicator | N |
| Hazardous Indicator | N |

Back

Matson

199572

Matson

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

CONTAINER# 199574

Date: 11-5-21

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT & DETENTION RECORD

Gary L Hayes

CONTAINER EMHU 262482 LSFZ 535823

199574

Norfolk Sudlers

B.P. Little Rock

Date: 11-5-21

MEMPHIS CITY CARTAGE

Thank You for your Business!

REMIT TO ADDRESS

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

EMHU 262482 LSFZ 535823

PARK AT:

YEL/Y/412

ARRIVAL: 11/05/21 09:48

XC077 MARION AR

SHIPPER: MATSONLOGIST

CARRIER: MCCI

Driver: CLAUDY JAMES

Driver ID: *****9837/TN

LOAD: 52300

SEAL #: 5037713

CHECKED BY: AGS: AGS

RCD DEFECTS:

00-No Defects

DAMAGES:

NO DAMAGE REPORTED

LOAD:

CERT PARTY: CERTIFICATION NOT RECEIVED

Commodity Description:

Matson

199574

CONTINUED ON NEXT PAGE

Matson

MEMPHIS CITY CARTAGE

Thank You for your Business!

REMIT TO ADDRESS

LOWE'S SOLUTIONS DBA VERO BUSINESS CAPITAL

Invoice Total 1,892.48

CertainTeed BILL OF LADING

EMHU 261535

CertainTeed BILL OF LADING Ship Date 10/29/2021

190560

Shipper 11/1/21

Container/Trailer # EMHU 261535 Seal 12493312

Memphis City Cartage

199550

CertainTeed Corporation

Date Oct 29-2021

PO# 215925

| Skid | Weight | Color # |
|---|---|---|
| 1 | 2500 | 7120 |
| 2 | 2496 | |
| 3 | 2496 | |
| 4 | 2477 | |
| 5 | 2472 | |
| 6 | 2491 | |
| 7 | 2417 | |
| 8 | 2500 | |
| 9 | 2495 | |
| 10 | 2490 | |
| 11 | 2502 | |
| 12 | 2463 | |
| 13 | 2484 | |
| 14 | 2495 | |
| 15 | 2501 | |
| 16 | 2440 | |
| 17 | 2459 | |
| TOTAL | 42,359 | |

BUILDING AMERICA®

UNION PACIFIC - MARION (XGO77)

In-Gate
EMHU 260437 LOAD
TSIZ 546410

Date: 11/19/2021 10:25
Lane: Ingate 2
Visit: 1232192694
Carrier: MCO Tractor: 8775
Driver: MIKHAIL CARTER
Driver ID: ****1394/AR

Shipper: MATSONLOGIST
Seal: 5037867
Contents:
Weight: 57500

Matson — ORIGIN DISPATCH — Page 1 of 2 — 200101

Matson — ORIGIN DISPATCH — Page 2 of 2 — 200101

MEMPHIS CITY CARTAGE — INVOICE

CertainTeed — BILL OF LADING — Ship Date 11/17/2021

Trip 200106

MEMPHIS CITY CARTAGE — DELIVERY RECEIPT & DETENTION RECORD

CONTAINER: 5790605746
TRIP: 200106
ORIGIN: LR
CONSIGNEE: RP
Received in good condition except as noted Date: 11-17-21

BUILDING AMERICA®

Trip 200106

Trip 200106

BUILDING AMERICA®

Trip - 200106

BUILDING AMERICA®

Matson — ORIGIN DISPATCH — Page 1 of 2 — 200106

Matson — ORIGIN DISPATCH — Page 2 of 2 — 200106

MEMPHIS CITY CARTAGE — INVOICE 200152

CertainTeed — BILL OF LADING — Ship Date 11/19/2021

200192

Matson — ORIGIN DISPATCH — Page 1 of 2 — 200192

Matson — ORIGIN DISPATCH — Page 2 of 2 — 200192

MEMPHIS CITY CARTAGE — INVOICE

CertainTeed
BILL OF LADING

Matson
200196
Page 1 of 2

Matson
200196
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE

TMP# 200289
UNION PACIFIC
BUILDING AMERICA

Matson
Page 1 of 2

Matson
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE

CertainTeed
BILL OF LADING

UNION PACIFIC
BUILDING AMERICA

Matson
200606
Page 1 of 2

Matson
200606
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE

CertainTeed

CertainTeed

Matson Logistics
ORIGIN DISPATCH
200613
Page 1 of 2
CORRECTION

Matson Logistics
ORIGIN DISPATCH
200613
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE
200650

Matson Logistics
ORIGIN DISPATCH
200650
Page 1 of 2

Matson Logistics
ORIGIN DISPATCH
200650
Page 2 of 2

MEMPHIS CITY CARTAGE
INVOICE
200712

MEMPHIS CITY CARTAGE
DELIVERY RECEIPT
Shipment/Trip: 200712

Matson Logistics
DESTINATION DISPATCH
200712
Page 1 of 2

MEMPHIS CITY CARTAGE
INVOICE
200736

CertainTeed
BILL OF LADING

BUILDING AMERIC

UNION PACIFIC - MARION (XX077)

Out-Gate
BMCU 114812 EMPTY
TEXS 499991 Tmp 193502

Date: 06/16/2021 18:30
Lane: Outgate 3
Visit: 1672123163
Carrier: MCCI Tractor: L9640HY
Driver: RICHARD JACKSON
Driver ID: *****2474/AR

Seal:
Booking: SM40G02442
Weight: 8000 L
Haz/Dang:
Placard:
IEP: 1521807

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

Matson

Tmp# 193502

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

BILL OF LADING

DELIVERY RECEIPT & DETENTION RECORD

BUILDING AMI

UNION PACIFIC - MARION (XX077)

In-Gate
BMCU 114497 LOAD
TEXS 455807

Date: 06/21/2021 15.07
Lane: Ingate 2
Visit: 1722123939
Carrier: MCCI
Driver: KEERISHA BRADFORD
Driver ID: *****8406/TN

Shipper: MATSONLOGIST
Seal: 4834148
Control:
Weight: 28000 L
Haz/Dang.
Placard:

BUILDING AMERICA

UNION PACIFIC - MARION (XX077)

** TO ALL TRUCK DRIVERS **
YARD SPEED LIMIT IS 20MPH

193476

Matson

Tmp# 193476

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

193476

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CertainTeed

CertainTeed

BILL OF LADING

193475

MEMPHIS CITY CARTAGE

DELIVERY RECEIPT

Shipment/Trip: 193475

SHIPPER: RP LITTLE ROCK
2005 E 17TH STREET
LITTLE ROCK, AR

CONSIGNEE: RP LITTLE ROCK
2005 E 17TH STREET
LITTLE ROCK, AR

DATE: 6/16/2021

DRIVER: MICHAEL CARTER

Matson

Tmp # 193475

ORIGIN DISPATCH

Page 1 of 2

CONTINUED ON NEXT PAGE

Matson

ORIGIN DISPATCH

Page 2 of 2

MEMPHIS CITY CARTAGE

INVOICE

CONGESTION SURCHARGE

CertainTeed BILL OF LADING

Tmp 19365 / Tmp 193651

SP 6/21/21 R Jackson 6-21-21

BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

Out-Gate

Tmp 193651

Date: 06/18/2021 11:16

Lane: Outgate 1

Carrier: MDCI

Driver: RICHARD JACKSON

Weight: 8000 L

** TO ALL TRUCK DRIVERS **

YARD SPEED LIMIT IS 7 MPH

Tmp# 193651

Matson

ORIGIN DISPATCH

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

Tmp# 193652

BUILDING AMERICA

UNION PACIFIC - MARION (X0077)

In-Gate

CAAU 525071 LOAD

Date: 06/22/2021 18:16

Lane: Driver Assist 1

Carrier: MDCI

Driver: BRANDON HALL

Shipper: MATSONLOGIST

Weight: 50000 L

Tmp# 193652

Matson

ORIGIN DISPATCH

CONTINUED ON NEXT PAGE

MEMPHIS CITY CARTAGE

CertainTeed BILL OF LADING

SP 6/21/21

CertainTeed BILL OF LADING Ship Date 06/18/2021

117501

SP 6/18/21

CertainTeed BILL OF LADING

SP 6/21/21

Gary L. Hayes Jr. TSX2 607991 6-22-21

CertainTeed BILL OF LADING Ship Date 06/21/2021

193503

SP 6/21/21

Gary L. Hayes Jr. TSX2 607991 6-22-21

Tmp# 193503

Matson

ORIGIN DISPATCH

CONTINUED ON NEXT PAGE

EMHU 634392 DDRZ
604168

PARK AT :

LOT :RED AREA :R SLOT :1142

ARRIVAL :

12/29/21 19:24 XG077 MARION AR

SHIPPER :MATSONLOGIST

CARRIER :MCCI

DRIVER :BRANDON HALL

DRIVER ID :*****1171/TN

LOAD :52400 LBS

SEAL #:848684

CHECKED BY :AGS: AGS














































































































































































































































































































































































































































































































































































